**FILED**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**NOVEMBER 2, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6204**

In the Matter of                                        Case Number:

MORAN INDUSTRIES, INC.,

v.

Northeast Georgia Automotive Repair Group, LLC, Derek Pardue, James Bradley, McClung and Samuel Lorin

**JUDGE HIBBLER**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

| NAME (Type or print) |
| --- |
| Andrew P. Bleiman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Andrew P. Bleiman |

| FIRM |
| --- |
| Cheng Cohen LLC |

| STREET ADDRESS |
| --- |
| 1101 West Fulton Market, Suite 200 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6255640 | 312-243-1717 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☑        APPOINTED COUNSEL ☐ |