**FILED**
**NOVEMBER 2, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| MORAN INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **07 C 6204** |
| v. | ) | |
| | ) | **JUDGE HIBBLER** |
| NORTHEAST GEORGIA | ) | **MAGISTRATE JUDGE SCHENKIER** |
| AUTOMOTIVE REPAIR GROUP LLC | ) | No. |
| DEREK PARDUE, | ) | |
| JAMES BRADLEY MCCLUNG, | ) | |
| and SAMUEL LORIN, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R.3.2, Plaintiff hereby disclose the following Affiliates:   None.

Dated: November 2, 2007                    Respectfully submitted,

                                           **MORAN INDUSTRIES, INC.**

                                           By:   s/ Andrew P. Bleiman
                                                  One of its Attorneys

Fredric A. Cohen
Andrew P. Bleiman
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com