IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MORAN INDUSTRIES, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **NORTHEAST GEORGIA** | ) No. |
| **AUTOMOTIVE REPAIR GROUP LLC** | ) |
| **DEREK PARDUE,** | ) |
| **JAMES BRADLEY MCCLUNG,** | ) |
| **and SAMUEL LORIN,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

### INDEX OF EXHIBITS TO COMPLAINT

- A.   Franchise Agreement
- B.   Guaranty
- C.   Co-Branding Franchise Addendum
- D.   Local Telephone Directory Listings
- E.   Photos of Signage
- F.   Confidentiality and Non-disclosure Agreement
- G.   Lorin Application
- H.   Mr. Transmission Work Orders Lorin issued

1

Dated: November 5, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**MORAN INDUSTRIES, INC.**

　　　　　　　　　　　　　　　　　　By: s/ Andrew P. Bleiman
　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com