10. The Franchisor reserves the right to form, change, dissolve or merge cooperatives based on changes in the Designated Marketing Area as defined by the Nielson Rating System.

FRANCHISEE:
**Northeast Georgia Automotive Repair Group, L.L.C.**

By: _____ MANAGING MEMBER