## MR. TRANSMISSION / MILEX TUNE UP & BRAKES
## CO-BRANDING FRANCHISE ADDENDUM

This Co-Branding Addendum ("Addendum") is made as of this 5th day of October, 2004 between Moran Industries, Inc., an Illinois corporation with an address at 4444 West 147th Street, Midlothian, Illinois 60445 ("Moran") and NE Georgia Auto Repair Group, LLC, an individual with an address at 43 Piedmont Drive Winder, GA 30680 ("Franchisee").

### BACKGROUND

A.  Contemporaneous with the execution of this Addendum, Franchisee executed a Franchise Agreement with Moran pursuant to which Franchisee obtained the right and undertook the obligation to operate a transmission service center under the mark "Mr. Transmission" for a term of 20-years at a single approved location (the "Mr. Transmission Center")(the "Franchise Agreement).

B.  Through the expenditure of money, time and effort, Moran has also developed a distinct and proprietary method business format for the operation of automotive tune up and brakes service centers (the "System"), the distinguishing characteristics of which include proprietary operating procedures and standards and specifications for products and services, as amended from time to time in Moran's sole discretion.

C.  The System is identified by proprietary trademarks, service marks, trade dress, logos and other indicia of origin including, without limitation, the trade name and service mark "Milex Tune Up and Brakes" and logo (the "Proprietary Marks").

D.  Moran offers franchises to qualified individuals for the right to use the System and Proprietary Marks at a single approved location.

E.  Moran continues to develop, expand, use, control and add to the Proprietary Marks and System for the benefit and exclusive use of itself and its franchisees in order to identify for the public the source of the products and services marketed thereunder and to represent the System's high standards of quality and service.

F.  Franchisee desires to obtain the right to operate a Milex Tune Up and Brakes business and seeks a license to use the System and Proprietary Marks as part of a co-branded automotive center in which the System and the Proprietary Marks will be operated in conjunction with, and at the same location as, Franchisee's Mr. Transmission Center (the "Co-Branded Center").

G.  This Addendum shall apply to the establishment and operation of a Milex Tune Up and Brakes center under the Systems and Proprietary Marks in conjunction with the Franchise Agreement at the Co-Branded Center and does not otherwise alter the parties' rights and obligations set forth in the Franchise Agreement, unless clearly stated to the contrary.



EXHIBIT C

Mr. Transmission Co-Branding Addendum       1

## AGREEMENT

NOW THEREFORE, in consideration of the promises, undertakings and commitments of each party to the other party set forth in this Addendum, the parties mutually agree as follows:

1. **CO-BRANDING FEE**

In consideration of the rights granted under this Addendum, Franchisee shall pay to Moran, upon or before the execution of this Addendum, an initial nonrecurring, nonrefundable fee in the amount of $5,000 (the "Co-Branding Fee"). The Co-Branding fee is in addition to the Franchise Fee set forth in the Franchise Agreement.

2. **GRANT**

   A. Moran hereby grants to Franchisee, a non-exclusive license to use the System and Proprietary Marks only at the Co-Branded Center and only in conjunction with the Mr. Transmission Center.

   B. For the purposes of this Addendum, all references to the "Mr. Transmission Service Center", "Center" or "Service Center" in the Franchise Agreement shall be interpreted to include the Co-Branded Center and the operation of the Co-Branded Center contemplated under this Addendum.

   C. The term of this Addendum shall be concurrent with the Term of the Franchise Agreement as the same may be renewed or earlier terminated.

3. **TRAINING**

Prior to opening the Co-Branded Center, Franchisee and its managers, must attend and complete to Moran's satisfaction, Moran's "Manager/Owner Operator's School".

4. **PROPRIETARY MARKS**

   A. The definition of proprietary marks in the Franchise Agreement shall include without limitation, the marks "Milex Tune Up and Brakes", "Milex Service Center", "Milex" and "Milex Car".

   B. Section 7 of the Franchise Agreement is hereby amended to specifically include the marks "Milex Tune Up and Brakes", "Milex Service Center" and "Milex" each and every time the marks "Mr. Transmission" or "Mr. Transmission Service Center" are referenced.

5. **ONGOING FEES**

   A. <u>Gross Sales</u>. The definition of "Gross Sales" set forth in Section 11 of the Franchise Agreement shall include without limitation all sales of any kind whatsoever made regardless of whether cash payment is actually received by

Franchisee at the time of the transaction, including credit card sales and accounts receivable sales, in connection with the exercise of the rights granted under this Addendum, including without limitation all sales generated by the Co-Branded Center, including those sales rendered under the System or Proprietary Marks.

B. <u>Advertising</u>.

1. <u>Mr. Transmission and Milex Tune Up and Brakes Creative Marketing Funds</u>. Section 17(a) of the Franchise Agreement is hereby amended to include the required participation of Franchisee in the Milex Tune Up and Brakes creative marketing fund as well as the Mr. Transmission Creative Marketing Fund. Specifically, Franchisee agrees to participate in a Milex Tune Up and Brakes creative marketing fund for the creation and production of marketing concepts and distribution of creative advertising. Franchisee shall contribute $150 per month in the manner set forth in the Franchise Agreement, which shall be split between the Mr. Transmission Creative Marketing Fund and the Milex Tune Up and Brakes Creative Marketing Fund. Franchisee further agrees that the amount to be paid to such advertising fund by the Franchisee may be adjusted by Moran from time to time but in no event shall exceed 1% of gross sales per month during the term of this Addendum.

The Milex Tune Up and Brakes Creative Marketing Fund will be used for the production and distribution of advertising materials, personal appearances, and other promotional or related materials, which Moran, in its sole discretion, deems desirable to advertise and promote Milex Tune Up and Brakes Service Centers nationally or regionally. Moran shall be entitled to direct the utilization of the Milex Tune Up and Brakes Creative Marketing Fund for the benefit of Moran in the sole discretion of Moran.

Moran reserves the right to consult an advisory alliance of franchisees on the use and spending of this fund.

Franchisee agrees that Moran, in its own name, shall be entitled to recover the sum of monies due from the Franchisee for the benefit of the Milex Tune Up and Brakes Creative Marketing Fund and or Moran's advertising agency.

Franchisee further understands and agrees that the Milex Tune Up and Brakes Creative Marketing Fund exists solely for the production and distribution of advertising materials or other such uses as may be approved by Moran, and that Franchisee is solely responsible for placement of said materials in the media and the costs related thereto.

2. <u>Local Advertising and Advertising Pools</u>. Section 17(b) is hereby amended to include the required participation of Franchisee in any Milex Tune Up and Brakes local advertising group. Specifically, Franchisee agrees to share local advertising expenses with other Milex Tune Up and Brakes franchisees in related, adjoining or overlapping Designated Marketing Area (as designated by Moran), to participate fully in and cooperate with any Milex Tune Up and Brakes local advertising group now in existence or hereinafter established and to execute any documents in connection with such local advertising group now in existence or hereinafter established and to execute any documents in connection with such local advertising which Moran is reasonably requested to execute by Moran or the local advertising group. Franchisee

shall execute an Agreement to Participate in a Local Advertising Group at the time of Franchisee's execution of this Addendum. Should Franchisee fail or refuse to execute any such documents, Franchisee hereby appoints any officer of Moran as his attorney-in-fact to execute such documents in Moran's place and stead. All decisions of the local advertising pool shall be final as to Franchisee, and all such decisions shall be based upon majority rule, with each Milex Tune Up and Brakes Service Center in the pool having one (1) vote. If the Franchisee fails to pay promptly any amount due his advertising agency or his local advertising group or pool, then either Moran or all other franchisees of Moran in the local advertising group or pool of which Franchisee is a member, or the local advertising group or pool shall be entitled to recover the amount due from the Franchisee. The Franchisee recognizes that all local advertising inures to his benefit and to the benefit of all franchisees in the local advertising group. Franchisee acknowledges that despite failure to contribute his proportionate share, local advertising expenditures confer substantial benefits on him, and further acknowledges his responsibility for payment therefore. Moran, in addition to any remedies available to it for default under this Addendum and the Franchise Agreement, reserves the right to have or allow the local advertising group to seek the enforcement of this obligation, and Franchisee shall be liable for and pay all costs and expenses thereof, including, but not limited to, attorneys' fees and court costs.

6. **CO-BRANDED CENTER WARRANTIES**

A. Section 16 is hereby amended to include honoring Milex Tune Up and Brakes warranties. Specifically, Franchisee agrees to honor each Milex Tune Up and Brakes warranty agreement presented by a customer at Franchisee's Co-Branded Center in accordance with the terms thereof, irrespective of whether the repair was originally completed at Franchisee's Co-Branded Center or any other authorized Milex Tune Up and Brakes Center. In addition, Franchisee shall comply at all times with Moran's policies in force and effect from time to time concerning the Milex Tune Up and Brakes Warranty Program. Without limiting the foregoing, Franchisee shall also satisfy legitimate customer complaints concerning any service performed or parts sold pursuant to the warranty program.

Franchisee, upon complying with the provisions of this paragraph with respect to the customer of another Milex Tune Up and Brakes Center, shall be reimbursed by the other service center upon making written demand upon such service center in accordance with Moran's intershop warranty policies and procedures.

Franchisee agrees to pay within five (5) working days after such demand by any other Milex Tune Up and Brakes franchisee the amount due to such franchisee for the honoring of a warranty to a customer of Franchisee. If Franchisee fails to timely pay such amount, Franchisee shall be in default of this Addendum and the Franchise Agreement, and in addition to any remedies it may have for breach of this Addendum and Franchise Agreement, Moran shall be entitled to recover such amount from Franchisee for the benefit of the franchisee which honored the warranty, but Moran shall not be obligated to do so.

7. **CONFIDENTIAL INFORMATION**

Franchisee acknowledges the confidential nature of the information, manuals, trade secrets, computer software, intranet access and procedures, which will

be made available to Franchisee by Moran pursuant to this Addendum. Franchisee agrees not to divulge, directly or indirectly (except to authorized employees of the Franchisee), any trade secret, or other confidential information, furnished to Franchisee by Moran. Franchisee specifically agrees that the provisions of Section 20 of the Franchise Agreement shall govern the Franchisee's obligations with respect to confidential information provided pursuant to this Addendum.

8. **ASSIGNMENT BY FRANCHISEE**

Franchisee's rights under this Addendum to use the Proprietary Marks and System are not assignable or transferable under any circumstances except in conjunction with the Franchise Agreement pursuant to the terms and conditions of Section 21 of the Franchise Agreement.

9. **COVENANT NOT TO COMPETE**

As long as this Addendum and Franchise Agreement shall be in effect, and for a period of two (2) years thereafter, Franchisee shall not, directly or indirectly, engage or be financially interested in, or associate with, or invest in, the ownership or operation of any shop, center or business located in the Co-Branded Center's premises or within a radius of 25-miles from the Co-Branded Center's premises or any other Milex Tune Up and Brakes Center, which shop, center or business specializes in sale, service, and/or repair of tune-up and brakes or related services. If any part of this restriction is found by a court of law to be unreasonable in time and/or distance, the restriction may be reduced in time and/or distance by an appropriate order of the court to that deemed reasonable. This restriction shall include, but is not limited to, such action as cessation of operation as a Milex Tune Up and Brakes Service Center at the Co-Branded Center's premises, and Franchisee understands and agrees hereby that in such event, Franchisee may not operate a tune-up and brake repair or service facility from the Co-Branded Center's premises during the term of this Addendum and Franchise Agreement.

In addition as long as this Addendum shall be in effect, Franchisee shall not, directly or indirectly, engage or be financially interested in, or associated with, or invest in, the ownership or operation of any shop, center or business specializing in sale, service and/or repair of tune-up and brakes or related services unless that shop, center or business is an approved franchise of Moran.

10. **TERMINATION**

A. Section 24 of the Franchise Agreement is hereby amended to include termination as a result of a breach of any obligation arising from this Addendum. Specifically, any breach or failure by Franchisee to perform any of the terms, obligations or conditions of this Addendum or of the Franchise Agreement shall render the Franchise Agreement and Addendum terminable under the same terms and conditions as set forth in Section 24.

B. Section 24(a)(7) of the Franchise Agreement is hereby amended to include the Franchisee's cessation of operation as a Co-Branded Center.

11.   **PROCEDURES AFTER TERMINATION OR EXPIRATION**

      A.   Section 25(c) is hereby amended to include the Milex Tune Up and Brakes Creative Marketing Fund as well as any Milex Tune Up and Brakes local advertising group or pool of which Franchisee is a Member. Specifically, Franchisee agrees that upon termination or expiration of this Addendum and Franchise Agreement, Moran shall have the right to credit all monies of Franchisee being held under deposit or otherwise, to any debts which the Franchisee owes Moran or its subsidiaries, divisions or affiliates, Franchisee's advertising agent, Franchisee's insurance carrier, the Milex Tune Up and Brakes Creative Marketing Fund or any local advertising group or pool of which Franchisee is a member.

      B.   Section 25(d) is hereby amended to include the Proprietary Marks and the distinctive commercial symbols, color schemes, patterns or emblems suggestive of a Milex Tune Up and Brakes service center. Specifically, Franchisee agrees that upon expiration or termination of this Addendum and Franchise Agreement, Franchisee shall execute such documents and take such action as Moran shall deem reasonably necessary or desirable to demonstrate the fact that Franchisee has ceased using the trademarks, trade names, service marks and other distinctive commercial symbols, color schemes, patterns or emblems suggestive of a Milex Tune Up and Brakes service center.

      C.   Section 25(e) is hereby amended to include claims, rights, or causes of action, which Moran may have against Franchisee. Specifically, Franchisee agrees that the termination of this Addendum and Franchise Agreement shall not affect, modify or discharge and claim, rights, or causes of action which Moran may have against Franchisee, under this Addendum, the Franchise Agreement or otherwise, whether such claims or rights arise before or after termination.

12.   **TERMS OF FRANCHISE AGREEMENT ENFORCEABLE**

All other terms of the Franchise Agreement shall remain in full force and effect. Any term defined in the Franchise Agreement which is not defined in this Addendum will be ascribed the meaning given to it in the Franchise Agreement.

13. **FULL AGREEMENT**

The Franchise Agreement and this Addendum constitute the entire, full and complete agreement between Moran and Franchisee concerning the subject matter hereof and supersedes any and all prior agreements. In the event of a conflict or inconsistency between this Addendum and the Franchise Agreement, the terms and intent of this Addendum shall control.

IN WITNESS WHEREOF, the parties hereto, intending to be legally bound hereby, have duly executed and delivered this Addendum the date and year first written above.

ATTEST:                                    MORAN INDUSTRIES, INC.

                                           By: /s/ Barbara Moran

_____

                                           NE Georgia Auto Repair Group, LLC
                                           By: _____
Witness                                    Its: OWNER

                                           By: /s/ James B. Miller
Witness                                    Its: Owner