© 103043  **yellowbook.com**    **TREE SVCE.** | **241** | **T**

# ANGEL'S TRANSMISSIONS
### "State of the Art Diagnostic Equipment"

## Financing Available W.A.C. • Free Towing with Major Repairs



**ATSG**
AUTOMATIC TRANSMISSION SERVICE GROUP

- Foreign & Domestic • Automatic/Standard
- Clutch Replacement • 12 Month/Nationwide Warranty

Open Mon-Fri 8am-6pm • Sat By Appointment

\* Ask About Our Second Location In Commerce!

916 Washington St.
Jefferson, GA 30549    **706-367-4444**

---

**MARTINS AUTO REPAIR**
✔ *See Ad. Page 240*
4665 Hwy 332, Unit E Hschtn ........**706 654-1594**

Mr Transmission
43 Piedmont Dr Wndr ......................770 586-0474

Oakwood Transmission Service
3885 Atlanta Hwy/Falcon Parkway.....770 967-3020

Seymour's Garage & Wrecker Service
Toll Free '1' ...................................800 243-1178

S & K Automotive Inc
78 Mcneal Rd Wndr ........................770 867-0704

Tollock Of North America
1354 Duncan Ln Aub.......................770 867-4848

### TRANSMISSIONS-TRUCK, TRACTOR ETC.

**ANGEL'S TRANSMISSIONS**
✔ *See Ad. This Page*
916 Washington St Jfrsn ..............**706 367-4444**

### TRANSPORTATION AUTHORITIES

Calton Transport
109 Hickory Trl Jfrsn........................706 367-7904
Landstar System Orientation Center
175 Horse Head Rd Jfrsn.................706 367-4631
Tri-County EMS Jfrsn.....................706 387-5244

### TRANSPORTATION COS.

See Airline Companies; Trucking

### TRANSPORTATION CONSULTANTS

Exel 18 Saint Ives Ct Wndr .................770 586-0181
ROMTransport Brokers Inc
5837 Allee Way NE Brsltn................770 967-7887

### TRANSPORTATION MGMT.

See Logistics Svces.

### TRANSPORTATION SVCE.

See Limousine Svce.

### TRAPPING EQUIP. & SUPLS.

See Sporting Goods-Sales & Rental

### TRASH COLLECTION

See Garbage, Rubbish & Trash Removal

### TRASH CONTAINERS

See Garbage, Rubbish & Trash Removal
Containers

### TRAUMATIC STRESS COUNSELING

See Counseling-Personal & Family

### TRAVEL AGENCIES & BUREAUS

Carlson Wagonlit Travel
1770 Presidential Cir Snlvl...............770 972-0875
Toll Free '1' ....................................800 229-2757
Casino Gold Tours .........................678 546-8700
G & G Travel Service
77 E May St Wndr ..........................770 867-4456
G & G Travel Svc 77 E May St Wndr .770 867-4456
Travel Incorporated
976 Pine Vly Rd Wndr....................770 307-2128
Travelwhim Llc
4675 Wheeler Crk Dr Ne Hschtn .......770 271-8160
Villas Majestic
559 Treadwell Rd Bthlhm ................678 425-9064
Way To Go Vacations ...................770 614-9980

### TREE SVCE.

Bear's Tree Service Inc
4175 Hwy 98 E Comer
Toll Free '1' ...................................800 581-6588
**BULLDAWGS TREE SERVICE**
✔ *See Ad. Page 242*
Call.......................................**770 867-8844**
Faulkner Tree Service
1100 Jefferson Hwy Wndr ................770 867-0451
Golden Rule Tree Service.............770 965-2336

(Continued Next Page)



# CLIMB TO NEW HEIGHTS

ADVERTISE IN

## Yellow Book™

**EXHIBIT D**