

EXHIBIT
E

