**Confidentiality & Non-Disclosure Agreement**

This Confidentiality and Non-Disclosure Agreement ("Agreement") is made this 22 day of August, 2006 by Sam Loran ("I"). SAMUel LoviN

In consideration of Moran's disclosure of its Uniform Franchise Offering Circular ("UFOC") and other confidential information, I agree to the following terms and conditions:

1. I will not disclose to anyone, except my professional advisor, any of Moran's Confidential or Proprietary Information without first obtaining prior written consent from Moran. I will not use the Confidential or Proprietary Information for any purpose other than to help me decide whether to purchase a Moran franchise. I agree to take reasonable measures to protect the secrecy and economic value of all Confidential and Proprietary Information.

2. "Confidential and Proprietary Information" shall include but not be limited to 1) disclosures relating to Moran's financial performance, its affiliates' financial performance or its franchisees' financial performance, 2) trade secrets, 3) information or material which is not generally available to the public, including our franchise agreement and other contracts, 4) material that is generated, collected by or utilized in Moran's operations and relates to the actual or anticipated business or research or development of Moran.

3. I agree that this Agreement will be construed under the laws of the State of Illinois. I consent to the jurisdiction of the courts of Illinois with respect to any dispute arising out of this Agreement. In the event of a breach or a threatened breach of this Agreement by me, I acknowledge that Moran will face irreparable injury which may be difficult to calculate in dollar terms and that Moran shall be entitled, in addition to remedies otherwise available at law or in equity, to temporary restraining orders and preliminary and final injunctions enjoining such breach or threatened breach. In the event Moran successfully enforces any part of this Agreement through legal proceedings, I agree to pay to Moran all costs and attorneys' fees reasonably incurred by Moran in connection with any legal proceedings initiated by Moran against me.

4. The provisions of this Agreement shall be severable and in the event that any court finds provision of this Agreement to be unenforceable, in whole or in part, the remainder of this Agreement shall nevertheless be enforceable and binding on the parties. I also agree that the court may modify any invalid, overbroad or unenforceable term of this Agreement so that such term, as modified, is valid and enforceable under applicable law.

Signed: ~~Sam Loran~~ SAMUel LoviN   Date: 08/22/06

EXHIBIT F