

## Confidential Candidate Profile

This information will aid us in counseling you about the possibility of going into business and achieving the goals you have set for yourself and your family. Please print or type specific answers to every question.
This profile questionnaire does not obligate either party in any manner.

Name: SAMUEL LORIN  Social Security No. ▮▮▮▮▮▮
Date of Birth: 11/16/52  Driver's License No. 266 104 189
Spouse: ___  Social Security No. ___
Date of Birth: ___  Driver's License No. ___

Address: 1539 REMSEN AVE
City: B'KLYN  State: NY  Postal Code: 11236
If less than 7 years, Previous address: ___
Telephone-Home (718) 763-9696  Work (918) 591-4000
Mobile Phone (347) 531-2408  Pager ( )
E-mail: SCPSC@VERIZON.NET  Fax ( )
Best time to be reached by phone: Home ___ Mobile ___ Work: Mobile Phone after 3:PM
Can you be called at work:  YES   NO

**Education:**
Circle Last Year Completed   High School 1 2 3 4   College ②3 4 5   Graduate School

**Business Experience:**
Present Occupation: ELECTRICIAN
Company Name: BEW LOCAL UNION #3
Position: JOURNEYMAN
Address: 158-11 Jewel Ave Harry Van Harsdale
Phone: (718) 591-4000

Previous Occupation: SHOP MECHANIC OWNER
Company Name: MECHANIC General Automotive Inc
Position: OWNER
Address: SOLD
Phone: ( )

**Management Goals:**
Do you plan to devote your full time to running this business? Yes ✓  No ___
If not, who will run the store? ___
Will your spouse be active in the business? Yes ___ No ___
In what capacity? ___
Do you plan to have equity partners? Yes ✓ No ___
If yes, please identify all parties:
Name: Edward ST Fleuvient
Address: 1128 MISORD LANE Bacula GA 30019
Phone: 917-470-6044

Have you established a total budget for your business venture? Yes ✓ No ___
Total amount you plan to invest   $ 300,000
Cash on hand   $ 000,000
Loans   $
How much income do you expect from this opportunity?   $ ?
Do you currently have a source for financing?   Yes ✓ No ___

**EXHIBIT G**

08/23/2006 15:54 7083895948   PAGE 02/05
08/24/2006 00:50 1718257575   PAGE 05

**MORAN INDUSTRIES, INC.**
Franchisors of Automotive
Accessories & Minor Repair

If yes, provide name and contact information _MySelf_

Do you currently have an attorney handling this transaction?   Yes___  No _✓_  _I need one_
If yes, provide name and contact information _____

Have you ever filed Bankruptcy?   Yes___  No _✓_
If yes date: _____
Have you ever been convicted of a felony charge?   Yes___  No _✓_

What are your choices of markets?
1. City _Allcities_   State _Georgia_
2. City_____   State_____
3. City_____   State_____

**Financial Data:**

**Assets**
Available Cash $ _200,000_
Real Estate:
Home present value $ _500,000_
Other Equity $ _____
Stocks & Bonds $ _50,000_
IRA's $ _____
401-403 $ _40,000_
Autos value $ _50,000_
*Miscellaneous _120,000_
Total Assets: $ _940,000_
*(Do not include personal property such as furniture or clothing)

**Liabilities**
Notes payable to banks _None_
Real Estate Mortgage current _462,500_
Other Debts _Paid_
Credit Cards _Paid_
Personal Loans _None_

Total Liabilities $ _462,500_

Net Worth $ _477,500_
Total assets less liabilities

**Sources of Continuous Income:**
Do you or your spouse plan to continue working after you have been granted a Franchise?  Yes _✓_ No___

|  | Self | Spouse |
|---|---|---|
| Present Salary | 120,000 year |  |
| Bonus or Commission Income |  |  |
| Dividends and Interest Income |  |  |
| Real Estate Income |  |  |
| Other Income (please itemize) |  |  |

Attach resume, if available

I hereby certify that all the information contained on this profile is true and complete. I authorize Moran Industries, Inc. or its agents to verify the information contained on this profile. I authorize and request any of the firms or persons contacted to provide all information concerning me, and I hereby release said firms, institutions and their agents and employees from all liability and responsibility from releasing this information. I understand such reports may contain information concerning my schoolwork, my work habits, character or skill, credit history or criminal history. Moran Industries, Inc., agrees to restrict the use of this information to the evaluation of my Application for a Moran Industries, Inc. franchise and any future inquiries related to the franchise. I am willing and request that a photocopy of this Authorization be accepted with the same authority as the original. I further authorize Moran Industries, Inc., or its agent; to release to prospective financial sources such financial and other information concerning me in their files as may be requested.

Signature _Samuel Lorin_  Spouse Signature_____
Print Name _SAMUEL LORIN_  Print Name_____
Date _08/24/06_