Jul 13 07 03:41p p.1

CUSTOMER INFORMATION

NAME Kathy Smallwood

VEHICLE INFORMATION

YEAR | MAKE | MODEL | COLOR | TRANS TYPE | DATE IN 3/21/07

# Mr Transmission America # 1 & General Auto Repairs

Milex

Winder City General Auto Repairs
DBA: Mr. Transmission
43 Piedmont Drive
Winder GA
770-586-0474

Center # 395

R.O.#

PERFORMANCE CHECK FINDINGS

SERVICE OFFERED

Service 1 Offered $

Service 2 Offered $

INSPECTION SERVICE (if applicable)

Remove and dismantle transmission. Inspect all internal transmission parts. Reassemble and install. Date From By SSS Authorization

AUTHORIZATION

AMOUNT $ 0.00
AUTHORIZED BY Taken By:
Date & TIME
PHONE ID

PARTS AND LABOR REQUIRED

| QTY | PART # | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | 2 Eng Mts | |
| | | Labor 75.00 | |

SERVICE PERFORMED

Customer advised of internal / external transmission problems. Customer did not authorize recommended repairs. NO WARRANTY OFFERED OR IMPLIED.

Certification- THIS CERTIFIES THAT THE TRANSMISSION (OR OTHER AUTOMOTIVE COMPONENT) BEEN DISMANTLED, RECONDITIONED, OR REBUILT AS NECESSARY. ALL EXTERNAL AND INTERNAL PARTS CLEANED, ALL DEFECTIVE PARTS AND SUCH MACHINING OR OTHER PROCEDURES AS NECESSARY TO PLACE YOUR TRANSMISSION (OR OTHER AUTOMOTIVE COMPONENT) IN WORKING ORDER. THIS IS ONLY PERFORMED ON TRANSMISSION REPAIR AND DOES NOT CLUTCH AND MISCELLANEOUS REPAIR.

AUTHORIZED SIGNATURE

COMPLETION CERTIFICATION

RECEIVED THE VEHICLE SPECIFIED ABOVE AND A COPY OF THIS REPAIR ORDER

DL#

X

R&R BY: Built By:

| | |
|---|---|
| LABOR | 75.00 |
| PARTS | 47.92 |
| FLUID | |
| SHOP SUPPLIES | |
| Warranty | |
| SUBTOTAL | 122.92 |
| TAX | 3.14 |
| TOTAL | 122.66 |

EXHIBIT H

Jul 13 07 03:45p p.1

| CUSTOMER INFORMATION | | | VEHICLE INFORMATION | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | | | YEAR | MAKE | MODEL | COLOR | TRANS TYPE | DATE IN |
| ADDRESS | | | VIN | | | MILEAGE | MILEAGE OUT | LIC. |
| CITY | STATE | ZIP 30680 | CUSTOMER REMARKS | | | | | |
| HOME PHONE | WORK PHONE | | WARRANTY INFO. | CENTER | ORIG. DATE | ORIG. SERVICE | | |

THIS CENTER MAY OPERATE OR RETAIN MY VEHICLE FOR TESTING PURPOSES AND HEREBY RELEASE THEM FROM ANY CLAIM FOR DAMAGE OR LOSS TO THE VEHICLE OR CONTENTS X

**Mr Transmission America # 1 & General Auto Repairs**

Inner City General Auto Repairs
DBA: Mr. Transmission
43 Piedmont Drive
Winder GA 30680
770.586.8474

Center # 385
R.O.#

## PERFORMANCE CHECK FINDINGS

## SERVICE OFFERED

Service 1 Offered ______ $ ______

Service 2 Offered ______ $ ______

## INSPECTION SERVICE (if applicable)

Remove and disassemble transmission
Inspect all internal transmission parts
Reassemble and install

Date ______ From ______
By ______ S&H Authorization

## PARTS AND LABOR REQUIRED

| QTY | PART # | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | Rear main seal | |
| | | oil pan gasket | |
| | | Valve cover gasket | 55 |
| | | Labor | 525.00 |
| | | pd. in cash | |

Cust ... 10 days ...
to ... warranty

## AUTHORIZATION

AMOUNT $ 0.00
AUTHORIZED BY ______ Taken By ______
Date & TIME ______
PHONE ID
X

## SERVICE PERFORMED

Customer advised of internal / external transmission problems. Customer did not authorize recommended repairs. NO WARRANTY OFFERED OR IMPLIED.

Certification - THIS CERTIFIES THAT THE TRANSMISSION (OR OTHER AUTOMOTIVE COMPONENT) BEEN DISMANTLED, RECONDITIONED, OR REBUILT AS NECESSARY. ALL INTERNAL AND EXTERNAL PARTS CLEANED, ALL DEFECTIVE PARTS AND SUCH MACHINING OR OTHER PROCEDURES AS NECESSARY TO REPLACE YOUR TRANSMISSION (OR OTHER AUTOMOTIVE COMPONENT) IN WORKING ORDER. THIS IS ONLY PERFORMED ON TRANSMISSION REPAIR AND DOES NOT INCLUDE CLUTCH AND MISCELLANEOUS REPAIR.

AUTHORIZED SIGNATURE ______

## COMPLETION CERTIFICATION

RECEIVED THE VEHICLE SPECIFIED ABOVE AND A COPY OF THIS REPAIR ORDER
DL#
X

R/R BY: ______ Built By: ______

| | |
|---|---|
| LABOR | 525.00 |
| PARTS | [illegible] 50 |
| FLUID | |
| SHOP SUPPLIES | |
| Warranty | |
| SUBTOTAL | 2512.50 |
| TAX | 175.87 |
| TOTAL | 2,688.37 |

234

$2,688.37



FEB-16-2007 01:45 FROM:BREFFLE AUCTION COMP 770-725-5421 TO:1[illegible]2763704 P.2

CUSTOMER INFORMATION

NAME Cathy Keen

ADDRESS

CITY STATE ZIP

HOME PHONE [illegible] WORK PHONE

VEHICLE INFORMATION

YEAR [illegible] MAKE Ford MODEL F 250 COLOR [illegible] TRANS TYPE [illegible] DATE IN [illegible]-06

VIN [illegible] MILEAGE IN [illegible] MILEAGE OUT LIC [illegible]

CUSTOMER REMARKS Reverse only

WARRANTY INFO. CENTER ORIG. DATE ORIG. SERVICE

Mr Transmission America # 1 & General Auto Repairs

Inner City General Auto Repairs
DBA: Mr. Transmission

Center #
R.O.#

PERFORMANCE CHECK FINDINGS

Rear Main Seal $40
Valve cover leak
Cust brought engine stand

SERVICE OFFERED

Service 1 Offered $
Service 2 Offered $

INSPECTION SERVICE (if applicable)

Remove and dismantle transmission. Date
Inspect all internal transmission parts
Reassemble and install By

AUTHORIZATION

AMOUNT $
AUTHORIZED BY
Date & TIME
PHONE ID

PARTS AND LABOR REQUIRED

| QTY | PART # | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | Kit ES | $ 185 |
| | | Filter | 20 |
| | | Solenoid Assembly | 200 |
| | | pump bushing | 30 |
| | | shift kit | $ 150 |
| | | bushing kit | $ 200 |
| | | Conver[ter] | $ 170 |
| | | Labor | 800 |
| | | Fluid | $ 85 |
| | | Glow plug module | $ 200 |

SERVICE PERFORMED

Customer advised of internal / external leak problems. Customer did not authorize repair. NO WARRANTY OFFERED OR IMPLIED.

AUTHORIZED SIGNATURE

COMPLETION CERTIFICATION

RECEIVED THE VEHICLE SPECIFIED ABOVE AND A COPY OF THIS REPAIR ORDER

DL#
X

Engine stand worth $[illegible]
$2,224.73

| | |
|---|---|
| LABOR | 800 |
| PARTS | 1,115 |
| FLUID | 85 |
| SHOP SUPPLIES | |
| Warranty | 12 month, unlimited |
| SUBTOTAL | |
| TAX | 112.10 |
| TOTAL | 2274.73 |

0003

APR-04-2007(WED) 08:20 FBS Snellville Branch (FAX)770 ___ 6563 P.002/004

0004

**CUSTOMER INFORMATION**

NAME: Mr. Lucas
ADDRESS: 609 Garden Lane
CITY: Statham STATE: GA ZIP
HOME PHONE WORK PHONE

**VEHICLE INFORMATION**

| YEAR | MAKE | MODEL | COLOR | TRANS TYPE | DATE IN |
|---|---|---|---|---|---|
| 2000 | Honda | Odyssey | Silver | B7XA | 9-20-06 |

VIN: 2HKRL1850YH581871 MILEAGE: 113284 MILEAGE OUT LIC: 6283?? 

CUSTOMER REMARKS: Cust request rebuild

WARRANTY INFO.. CENTER ORIG. DATE ORIG. SERVICE

[ILLEGIBLE] CENTER MAY OPERATE OR RETAIN MY VEHICLE FOR TESTING PURPOSES AND HEREBY RELEASE THEM FROM ANY CLAIM FOR DAMAGE OR LOSS TO THE VEHICLE OR CONTENTS X

**Mr Transmission America # 1 & General Auto Repairs**

Inner City General Auto Repairs
DBA: Mr. Transmission
43 Piedmont Drive
Winder GA 30680
770-[illegible]

Center # 395
R.O.#

**PERFORMANCE CHECK FINDINGS**

**SERVICE OFFERED**

Service 1 Offered: Rebuild Trans $ 2,157.52

Service 2 Offered: 12 month unlimited miles $ 0.00

**INSPECTION SERVICE (if applicable)**

Remove and dismantle transmission, inspect all internal transmission parts. Reassemble and install Date From By SS# Authorization

**AUTHORIZATION**

[illegible fine print]

AMOUNT $ 0.00
AUTHORIZED BY Taken By:
Date & TIME
PHONE ID
X

**PARTS AND LABOR REQUIRED**

| QTY | PART # | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | Clutch kit | 245.68 |
| | | Bushing kit | 159.78 |
| | | Bonnet kit | 161.54 |
| | | Speed sensor | 121.57 |
| | | Shift solinoid A | 186.90 |
| | | Shift solinoid B | |
| | | Shift solinoid C | 55.60 |
| | | T.C. &F. | 55.00 |
| | | Honda special Fluid | 9.00 |
| | | Labor 12 hours | |

Come back in 10 days for warranty activation

[signature] 10-09-06
Mileage 113104
[signature] 10-9-06

**SERVICE PERFORMED**

Customer Advised of Internal / external transmission problems. Customer did not authorize recommended repairs. NO WARRANTY OFFERED OR IMPLIED.

[ILLEGIBLE]ication- THIS CERTIFIES THAT THE TRANSMISSION (OR OTHER AUTOMOTIVE COMPONENT) BEEN DISMANTLED, RECONDITIONED, OR REBUILT AS NECESSARY. ALL EXTERNAL AND [ILLEGIBLE] PARTS CLEANED, ALL DEFECTIVE PARTS AND SUCH MACHINING OR OTHER PROCEDURES [ILLEGIBLE] AS NECESSARY TO PLACE YOUR TRANSMISSION (OR OTHER AUTOMOTIVE COMPONENT) IN WORKING ORDER. THIS IS ONLY PERFORMED ON TRANSMISSION REPAIR AND DOES NOT [ILLEGIBLE] CLUTCH AND MISCELLANEOUS REPAIR.

AUTHORIZED SIGNATURE

**COMPLETION CERTIFICATION**

RECEIVED THE VEHICLE SPECIFIED ABOVE AND A COPY OF THIS REPAIR ORDER

DL#
X

R&R BY: Built By:

| | |
|---|---|
| LABOR | |
| PARTS | |
| FLUID | |
| SHOP SUPPLIES | |
| Warranty | |
| SUBTOTAL | 2,016.38 |
| TAX | 141.14 |
| TOTAL | 2,157.52 |

0004

Jul 26 07 11:27a Jacqie McNeal 602-276-3704 p.10

APR-04-2007(WED) 08:21 FBS Snellville Branch (FAX)770 6583 P.003/004

CUSTOMER INFORMATION

NAME William Turner
ADDRESS 809 Garden Lane
CITY Statham STATE Ga ZIP 30666
HOME PHONE
WORK PHONE

VEHICLE INFORMATION

| YEAR | MAKE | MODEL | COLOR | TRANS TYPE | DATE IN |
|---|---|---|---|---|---|
| 2000 | Honda | Odyssey | Silver | | 10-19-06 |

| VIN | MILEAGE | MILEAGE OUT | LIC. |
|---|---|---|---|
| 2HKRL185OYH581891 | 114439 | 114449 | GA837E |

CUSTOMER REMARKS Timing belt / water pump

WARRANTY INFO. CENTER ORIG. DATE ORIG. SERVICE

THIS CENTER MAY OPERATE OR RETAIN MY VEHICLE FOR TESTING PURPOSES AND HEREBY RELEASE THEM FROM ANY CLAIMS FOR DAMAGE OR LOSS TO THE VEHICLE OR CONTENTS X

**Mr Transmission America # 1 & General Auto Repairs**

Milex

Inner City General Auto Repairs
DBA: Mr. Transmission
43 Piedmont Drive
Winder GA 30680
770-586-0474

Center # 395
R.O.#

PERFORMANCE CHECK FINDINGS

Replacing timing belt
replacing water pump

SERVICE OFFERED

Service 1 Offered $
Service 2 Offered $

INSPECTION SERVICE (if applicable)

Remove and dismantle transmission Date From
Inspect all internal transmission parts
Reassemble and Install By SS#
Authorization

AUTHORIZATION

AMOUNT $ 0.00
AUTHORIZED BY Taken By:
Date & TIME
PHONE ID
X

PARTS AND LABOR REQUIRED

| QTY | PART # | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | Timing belt | 51.06 |
| | | Water pump | 113.97 |
| | | Labor 4.6 hr | 345.00 |

Paid card

SERVICE PERFORMED

Customer advised of internal / external transmission problems. Customer did not authorize recommended repairs. NO WARRANTY OFFERED OR IMPLIED

Certification - THIS CERTIFIES THAT THE TRANSMISSION (OR OTHER AUTOMOTIVE COMPONENT) BEEN DISMANTLED, RECONDITIONED, OR REBUILT AS NECESSARY. ALL EXTERNAL AND INTERNAL PARTS CLEANED, ALL DEFECTIVE PARTS AND SUCH MACHINING OR OTHER PROCEDURES AS NECESSARY TO PLACE YOUR TRANSMISSION (OR OTHER AUTOMOTIVE COMPONENT) IN WORKING ORDER. THIS IS ONLY PERFORMED ON TRANSMISSION REPAIR AND DOES NOT INCLUDE CLUTCH AND MISCELLANEOUS REPAIR.

AUTHORIZED SIGNATURE

COMPLETION CERTIFICATION

RECEIVED THE VEHICLE SPECIFIED ABOVE AND A COPY OF THIS REPAIR ORDER

DL#
X

R&R BY: Built By:

| | |
|---|---|
| LABOR | 345.00 |
| PARTS | 165.03 |
| FLUID | reused coolant |
| SHOP SUPPLIES | |
| Warranty | 12 month 12,000 miles |
| SUBTOTAL | 510.03 |
| TAX | 35.70 |
| **TOTAL** | 545.73 |

0056

Jul 26 07 11:29a Jacqie McNeal 602-276-3704 p.11

FEB-07-2007 10:28 YOUTH MIDDLE SCHOOL 770 466 8596 P.02

CUSTOMER INFORMATION: MARIE BRADBERRY, 476 PLEASANT HILL CHURCH RD, Winder, GA 30680. Home phone 770-867-[illegible]; Work phone 770-307-4650.

VEHICLE INFORMATION: Year 2000; Make Honda; Model Accord; Color Green; Trans Type A4TD; Date In 1/2/07; VIN 1HGCG565XYA033667; Mileage 119852; Lic. STATAL

CUSTOMER REMARKS: [illegible]

WARRANTY INFO. CENTER — ORIG. DATE 1-2-07; ORIG. SERVICE 1-4-07

THIS CENTER MAY OPERATE OR RETAIN MY VEHICLE FOR TESTING PURPOSES AND HEREBY RELEASE THEM FROM ANY CLAIM FOR DAMAGE OR LOSS TO THE VEHICLE OR CONTENTS X Marie Bradberry

**Mr Transmission America # 1 & (Inspect Brakes) (Inspect SRS light) General Auto Repairs**

Inner City General Auto Repairs, DBA: Mr. Transmission, 43 Piedmont Drive, Winder, GA [illegible], 770-[illegible]. Center # [illegible]; R.O.# 

PERFORMANCE CHECK FINDINGS: Road/diag 75 [illegible] w/ finding; P0740 Torque converter clutch sol. ckt; [illegible]; motor 2.3 VTC

SERVICE OFFERED: [illegible] in full [illegible]. Service 1 Offered: 1 overhaul kit complete; 1 filter; 1 Torque converter. Service 2 Offered

INSPECTION SERVICE (if applicable): Date 1-4-7

AUTHORIZATION: AMOUNT $ 2,900 w/1% — 3,200 — 1% [illegible]; AUTHORIZED BY Marie; Taken By: [illegible]; Date & Time 1-4-07 4:20 p.m.; PHONE ID 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

SERVICE PERFORMED: Customer advised of internal / external transmission problems. Customer did not authorize recommended repairs. NO WARRANTY OFFERED OR IMPLIED.

PARTS AND LABOR REQUIRED

| QTY | PART # | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | possible cause: other OBD II code in system maybe a symptom of DTC P0740 or internal transmission problems | |
| 1 | | TRAN REBuild | 1200 |
| 1 | | Labor to install + Removal + Test | 1,260 |
| 1 | | Fluid | 95 |
| 1 | | supplies | 25.00 |

NOTE: Front & Back Brakes required on or before 5,000 miles

YPAX03

Date: Cust Return 10 days to activate (within 30) Warranty:

Return Date: Mileage

Cust. Signature

Warranty does not include Hard Parts [illegible] any electrical components or parts

AUTHORIZED SIGNATURE

COMPLETION CERTIFICATION: RECEIVED THE VEHICLE SPECIFIED ABOVE AND A COPY OF THIS REPAIR ORDER. X Marie Bradberry

| | |
|---|---|
| LABOR | 1,260.00 |
| PARTS | 1,200 |
| FLUID | 95.00 |
| SHOP SUPPLIES | 25.00 |
| Warranty | 12,000/1YR [illegible] |
| SUBTOTAL | 2,580 |
| TAX | 180.60 |
| TOTAL | 2,760.60 |

0160

Jul 26 07 11:29a Jacqie McNeal 602-276-3704 p.12