**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MORAN INDUSTRIES, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NORTHEAST GEORGIA** | ) | No.     07 C 6204 |
| **AUTOMOTIVE REPAIR GROUP LLC** | ) | |
| **DEREK PARDUE,** | ) | **Judge Hibbler** |
| **JAMES BRADLEY MCCLUNG,** | ) | |
| **and SAMUEL LORIN,** | ) | **Magistrate Judge Schenkier** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**<u>NOTICE OF FILING</u>**

PLEASE TAKE NOTICE THAT on **November 13, 2007**, we filed a copy of the attached Exhibit B to Complaint via ECF filing.

Dated: November 13, 2007                    Respectfully submitted,

                                            **MORAN INDUSTRIES, INC.**

                                            By:  s/ Andrew P. Bleiman
                                                    One of its Attorneys

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com