IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MORAN INDUSTRIES, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NORTHEAST GEORGIA** )<br>**AUTOMOTIVE REPAIR GROUP LLC** )<br>**DEREK PARDUE,** )<br>**JAMES BRADLEY MCCLUNG,** )<br>**and SAMUEL LORIN,** )<br>)<br>)<br>**Defendants.** )<br>) | No.   07-cv-6204 |

## CERTIFICATE OF SERVICE

     PLEASE TAKE NOTICE that on November 26, 2007, we served the Court's Lanham Act mediation program via U.S. First Class Mail to Defendants:

Samuel Lorin
1539 Remson Avenue
Brooklyn, New York 11236

James Bradley McClung
3449 Lawrenceville-Suwanee Road
Suite E
Suwanee, GA 30024-6505

Derek Pardue
1517 Grove Arbor Terrace
Dacula, Georgia 30019

Derek Pardue as Member of Northeast Georgia Automotive Repair Group LLC
1517 Grove Arbor Terrace
Dacula, Georgia 30019

1

Dated: November 26, 2007				Respectfully submitted,

						**MORAN INDUSTRIES, INC.**

						By: <u> s/ Andrew P. Bleiman                    </u>
							One of its Attorneys

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com