AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**07 C 6204**

SUMMONS IN A CIVIL CASE

Moran Industries, Inc.

CASE NUMBER: **JUDGE HIBBLER**
**MAGISTRATE JUDGE SCHENKIER**

V.

ASSIGNED JUDGE:

NORTHEAST GEORGIA AUTOMOTIVE REPAIR GROUP LLC
DEREK PARDUE, JAMES BRADLEY MCCLUNG,
and SAMUEL LORIN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Samuel Lorin
1539 Remson Avenue
Brooklyn, New York 11236

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fredric A. Cohen
Andrew P. Bleiman
CHENG COHEN LLC
1101 West Fulton Market, Suite 200
Chicago, Illinois 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                    DATE

NOVEMBER 2, 2007

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the summons and complaint/ was made by me** | DATE<br>January 2, 2008 @ 5:00 pm |
|---|---|
| NAME OF SERVER<br>Donnie C. Briley | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served:  43 Piedmont Drive, Winder, GA 30328

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left

[ ] Returned unexecuted:

[ ] Other ( specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/7/08
            Date

Signature of Server

** Also served: Civil Cover Sheet

MLQ ATTORNEY SERVICE
2000 Riveredge Parkway, NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.