**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MORAN INDUSTRIES, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NORTHEAST GEORGIA** | ) | **No.    07-CV-6204** |
| **AUTOMOTIVE REPAIR GROUP LLC** | ) | |
| **DEREK PARDUE,** | ) | **Judge Hibbler** |
| **JAMES BRADLEY MCCLUNG,** | ) | |
| **and SAMUEL LORIN,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT PROPOSED DISCOVERY SCHEDULE AND SCHEDULING ORDER

Pursuant to the December 27, 2007 Order and the Honorable Judge William J. Hibbler's Civil Pretrial Procedures, the parties submit this Joint Proposed Discovery Schedule and Scheduling Order in advance of the January 28, 2008 status hearing.

**Rule 26(f) meeting.**

On January 14, 2008, counsel for Plaintiff, Andrew P. Bleiman, and defendant James B. McClung, appearing *pro se*, met telephonically to discuss all matters.

Defendant Samuel Lorin was served on January 2, 2008 but has not yet appeared.

Defendants Derek Pardue and Northeast Georgia Automotive Repair LLC have agreed to waive service but have not yet returned the executed waiver of service forms.

**1.    Proposed changes, if any, in timing or requirement of disclosures under Fed. R. Civ. P. 26(a)(1).**

The parties propose that disclosures under Fed. R. Civ. P. 26(a)(l) be made by February 18, 2008.

2.    **The subjects on which discovery is to be sought, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues:**

i.    <u>Subjects of discovery:</u>  The parties' Franchise Agreements, the Asset Purchase Agreement between and amongst defendants, the communications between the parties, facts concerning the ownership and operation of the franchised business, defendants' operation of the businesses.

ii.   <u>Nature and extent:</u> Written discovery, including interrogatories, requests for production of documents and requests for admissions.  Oral discovery, including depositions of the plaintiffs, representative of the parties and third party witnesses.  Expert discovery, including depositions of the parties' experts.

iii.  <u>Proposed Discovery Schedule:</u>

    a.    Non-Expert discovery cut-off date: <u>Thursday, May 30, 2008</u>.

    b.    Plaintiffs' expert report due date: <u>Monday, June 27, 2008</u>.

    c.    Defendants' expert report due date: <u>Tuesday, July 25, 2008</u>.

    d.    Expert discovery cut-off due date: <u>Friday, August 29, 2008</u>.

3.    **Electronically Stored Information**

The parties do not anticipate that the claims invoke extensive electronically stored information, but anticipate that the discovery in this case will involve some electronically stored information.

4.    **Proposed Rule 16(b) Deadlines**

    (1)    To join other parties and to amend the pleadings – **April 30, 2008**

    (2)    To file dispositive motions – **July 25, 2008**

(3)     To complete non-expert discovery – **May 30, 2008**

Dated:          January 18, 2008                    Respectfully submitted,

s/ Andrew P. Bleiman
FREDRIC A. COHEN (IL Bar No. 6198606)
ANDREW P. BLEIMAN (IL Bar No. 6255640)
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, Illinois   60607
Telephone:  (312) 243-1717
Facsimile:  (312) 351-5335
Email:  fredric.cohen@chengcohen.com
               andrew.bleiman@chengcohen.com

*Attorneys for Plaintiff*


s/ James B. McClung
James B. McClung, *pro se*
State Bar of Georgia No. 483678
Spooner & McClung, LLC
3451 Lawrenceville-Suwanee Road
Suite C
Suwanee, Georgia 30024
Telephone:  (678) 714-1131
Facsimile:  (678) 714-5391
Email:  bmcclung@spoonerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, I electronically filed the Joint Proposed Discovery Schedule and Scheduling Order using the **CM/ECF system.**

s/  Andrew P. Bleiman