UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Moran Industries, Inc.

                              Plaintiff,

v.                                          Case No.: 1:07−cv−06204
                                          Honorable William J. Hibbler

Northeast Georgia Automotive Repair Group LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge William J. Hibbler: Status hearing held on 2/27/2008 and continued to 3/27/2008 at 09:30 AM. Defendant Derek Pardue given leave to appear and answer by 2/29/08. Parties to submit a joint revised proposed discovery schedule to the Court by 3/25/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.