IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MORAN INDUSTRIES, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **NORTHEAST GEORGIA** | ) | No.   07-cv-6204 |
| **AUTOMOTIVE REPAIR GROUP LLC** | ) | |
| **DEREK PARDUE,** | ) | Judge Hibbler |
| **JAMES BRADLEY MCCLUNG,** | ) | |
| **and SAMUEL LORIN,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Moran Industries, by its attorneys, and for its Motion for Entry of Default Judgment against Defendant Samuel Lorin ("Lorin") pursuant to Fed. R. Civ. Pro. 55, states as follows:

1. On November 2, 2007, Plaintiff filed its complaint (the "Complaint") against Lorin asserting claims for trademark infringement, breach of contract and tortious interference with contract. (A true and accurate copy of the Complaint has been filed of record in this cause and is incorporated by reference herein).

2. On January 2, 2008, Lorin was personally served with summons and complaint pursuant to Fed. R. Civ. Pro. 4. (Summons for Lorin and Executed Return of Service of Summons are attached as Exhibit A).

3. Pursuant to Rule 12 and as indicated within the summons, Lorin was required to

file his responsive pleading within twenty days after the summons was served upon him on January 2, 2008.

4. To date, defendant Lorin has failed to file his answer or responsive pleadings in violation of this Court's summons to do so.

**WHEREFORE**, Plaintiff, Moran Industries, Inc., respectfully requests entry of a default judgment in its favor and against defendant Samuel Lorin in the amount to be determined by at hearing plus attorneys' fees, interest and costs, and for any and all further relief that this Court deems just and appropriate.

Dated: March 20, 2008                               Respectfully submitted,

**MORAN INDUSTRIES, INC.**

By: s/ Andrew P. Bleiman
    One of its Attorneys

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com