IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MORAN INDUSTRIES, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **NORTHEAST GEORGIA** | ) | No.   07 C 6204 |
| **AUTOMOTIVE REPAIR GROUP LLC** | ) | |
| **DEREK PARDUE,** | ) | Judge Hibbler |
| **JAMES BRADLEY MCCLUNG,** | ) | |
| **and SAMUEL LORIN,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

**To:  SEE ATTACHED CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on **March 27, 2007**, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge William A. Hibbler in Courtroom 1225 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Entry of Default Judgment, a copy of which has been served on you.

Dated: March 20, 2007                               Respectfully submitted,

                                                    **MORAN INDUSTRIES, INC.**

                                                    By:  s/Andrew P. Bleiman
                                                           One of its Attorneys

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
**CHENG COHEN LLC**
1101 West Fulton Market, Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, I electronically filed Plaintiff's Notice of Motion and Motion for Entry of Default Judgment with the Clerk of Court using the **CM/ECF system** and sent the aforementioned documents via:

a) U.S. First Class Mail, postage prepaid to the following:

James B. McClung
State Bar of Georgia No. 483678
The Law Office of James B. McClung
6 Concourse Parkway
Suite 2000
Atlanta, Georgia 30328
Telephone:  (770) 393-8900
Email:  bmcclung@spoonerlaw.com
*Pro se* and on behalf of Northeast Georgia Automotive Repair Group LLC

Derek Pardue, *pro se*
509 Avalon Road
Thomaston, Georgia 30286
Telephone:  (706) 938-0075
Email:  dpardue@charter.net

b) Federal Express Overnight Mail and U.S. First Class Mail, postage prepaid to:

Samuel Lorin
43 Piedmont Drive
Winder, Georgia 30328

s/  Andrew P. Bleiman