IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MORAN INDUSTRIES, INC.** )<br> )<br> **Plaintiff,** )<br> )<br>v. )<br> )<br>**NORTHEAST GEORGIA** )<br>**AUTOMOTIVE REPAIR GROUP LLC** )<br>**DEREK PARDUE,** )<br>**JAMES BRADLEY MCCLUNG,** )<br>and **SAMUEL LORIN,** )<br> )<br> )<br> **Defendants.** )<br> ) | No.   07 C 6204<br><br>Judge Hibbler |

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ADDING INNER CITY AUTO REPAIR LLC AS DEFENDANT

Plaintiff Moran Industries, Inc., pursuant to FED. R. CIV. P. 15(a), hereby moves this Court for an order granting leave to file its First Amended Complaint adding Inner City Auto Repair LLC as a defendant. In support thereof, plaintiff states as follows:

1. On November 2, 2007, plaintiff filed its Complaint against defendants Northeast Georgia Automotive Repair Group LLC, Derek Pardue, James Bradley McClung and Samuel Lorin.

2. The Complaint asserts claims for breach of contract, tortuous interference with contractual relations, trademark infringement under the trademark laws of the United States, trademark dilution, unfair competition, common law infringement, violations of the Illinois Trade Secrets Act and injunction brought by Moran Industries, Inc. ("Moran") against

franchisees and their co-conspirators who are unlawfully operating an unauthorized franchise business in Winder, Georgia.

3.      The First Amended Complaint is substantially the same as the Complaint except that it adds Inner City Auto Repair LLC as a defendant.

4.      Inner City Auto Repair LLC is the limited liability company owned and organized by defendant Samuel Lorin.

5.      Although Samuel Lorin was served with the summons and complaint on January 2, 2008, Mr. Lorin has neither appeared nor answered in this action.

6.      Defendants McClung, Pardue and Northeast Georgia Automotive Repair Group have appeared and answered; however, no discovery has taken place to date and this matter is set for a scheduling conference on March 27, 2008.

7.      No deadlines for adding parties have been established or expired in this case. Moreover, there is no prejudice to the defendants by virtue of the proposed filing of the First Amended Complaint

8.      Pursuant to FED. R. CIV. P. 15(a), leave to amend should be freely permitted.

9.      Accordingly, plaintiffs respectfully requests leave to file the First Amended Complaint in the form attached hereto as Exhibit A pursuant to Rule 15(a).

WHEREFORE, Plaintiff, Moran Industries, Inc. respectfully prays for an order granting leave to file its First Amended Complaint adding Inner City Auto Repair LLC as a party defendant and for summons to issue.

Dated: March 20, 2007                    Respectfully submitted,

                                         **MORAN INDUSTRIES, INC.**

                                         By: s/Andrew P. Bleiman
                                                 One of its Attorneys

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
**CHENG COHEN LLC**
1101 West Fulton Market, Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com