IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORAN INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHEAST GEORGIA | ) | No.   07-CV-6204 |
| AUTOMOTIVE REPAIR GROUP LLC | ) | |
| DEREK PARDUE, | ) | Judge Hibbler |
| JAMES BRADLEY MCCLUNG, | ) | |
| and SAMUEL LORIN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT PROPOSED DISCOVERY SCHEDULE AND SCHEDULING ORDER**

Pursuant to the February 27, 2008 Order and the Honorable Judge William J. Hibbler's Civil Pretrial Procedures, the parties submit this Joint Proposed Discovery Schedule and Scheduling Order in advance of the March 27, 2008 status hearing.

**Rule 26(f) meeting.**

On March 19, 2008, counsel for Plaintiff, Andrew P. Bleiman, defendant James B. McClung appearing *pro se* and on behalf of Northeast Georgia Automotive Repair Group LLC and Derek Pardue appearing *pro se* communicated electronically to discuss matters and this scheduling order.

Defendant Samuel Lorin was served on January 2, 2008 but has not yet appeared.

**1.     Proposed changes, if any, in timing or requirement of disclosures under Fed. R. Civ. P. 26(a)(1).**

The parties propose that disclosures under Fed. R. Civ. P. 26(a)(l) be made by April 18, 2008.

2.  **The subjects on which discovery is to be sought, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues:**

   i.  <u>Subjects of discovery:</u>  The parties' Franchise Agreements, the Asset Purchase Agreement between and amongst defendants, the communications between the parties, facts concerning the ownership and operation of the franchised business, defendants' operation of the businesses.

   ii.  <u>Nature and extent:</u> Written discovery, including interrogatories, requests for production of documents and requests for admissions.  Oral discovery, including depositions of the plaintiffs, representative of the parties and third party witnesses.  Expert discovery, including depositions of the parties' experts.

   iii.  <u>Proposed Discovery Schedule:</u>

   a.  Non-Expert discovery cut-off date: <u>July 25, 2008</u>.

   b.  Plaintiffs' expert report due date: <u>August 25, 2008</u>.

   c.  Defendants' expert report due date: <u>September 25, 2008</u>.

   d.  Expert discovery cut-off due date: <u>October 24, 2008</u>.

3.  **Electronically Stored Information**

The parties do not anticipate that the claims invoke extensive electronically stored information, but anticipate that the discovery in this case will involve some electronically stored information.

4.  **Proposed Rule 16(b) Deadlines**

   (1)  To join other parties and to amend the pleadings – **July 25, 2008**

   (2)  To file dispositive motions – **October 24, 2008**

     (3)    To complete non-expert discovery – **July 25, 2008**

Dated:    March 24, 2008    Respectfully submitted,

s/ Andrew P. Bleiman
FREDRIC A. COHEN (IL Bar No. 6198606)
ANDREW P. BLEIMAN (IL Bar No. 6255640)
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, Illinois   60607
Telephone:  (312) 243-1717
Facsimile:   (312) 351-5335
Email:  fredric.cohen@chengcohen.com
       andrew.bleiman@chengcohen.com
*Attorneys for Plaintiff*


s/ James B. McClung
James B. McClung
State Bar of Georgia No. 483678
The Law Office of James B. McClung
6 Concourse Parkway
Suite 2000
Atlanta, Georgia 30328
Telephone:  (770) 393-8900
Email:  bmcclung@spoonerlaw.com
*Pro se* and on behalf of Northeast Georgia Automotive Repair Group LLC

s/ Derek Pardue
Derek Pardue, *pro se*
509 Avalon Road
Thomaston, Georgia 30286
Telephone:  (706) 938-0075
Email:  dpardue@charter.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 24, 2008, I electronically filed the Joint Proposed Discovery Schedule and Scheduling Order using the **CM/ECF system.**

                                          s/ Andrew P. Bleiman