# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6204 | **DATE** | 3/27/2008 |
| **CASE TITLE** | MORAN INDUSTRIES, INC. Vs. NORTHEAST GEORGIA AUTOMOTIVE, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/22/08 at 9:30 a.m. The Court adopts the joint proposed discovery schedule. Parties to comply with FRCP 26(a)(1) by 4/18/08. Non-expert discovery cut-off set for 7/25/08. Amendment of pleadings and joinder of additional parties by 7/25/08. Plaintiff's to comply with FRCP 26(a)(2) by 8/25/08. Defendants' to comply with FRCP 26(a)(2) by 9/25/08. Expert discovery cut-off set for 10/24/08. Filing of dispositive motions with supporting memoranda by 10/24/08. Plaintiff's motion for leave to file first amended complaint is granted. Plaintiff's motion for default judgment as to defendant Samuel Lorin is granted. Prove-up hearing set for 5/22/08 at 9:30 am. Prove-up documents to be submitted by 5/20/08.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

Case 1:07-cv-06204 Document 27 Filed 03/27/2008 Page 1 of 1

07C6204 MORAN INDUSTRIES, INC. Vs. NORTHEAST GEORGIA AUTOMOTIVE, et al. Page 1 of 1