# EXHIBIT A

```
Control No: 0669735
Date Filed: 08/29/2006 11:59 AM
Cathy Cox
Secretary of State
```

Control No. **0669735**

# STATE OF GEORGIA

## Secretary of State
Corporation Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

# CERTIFICATE OF ORGANIZATION

I, Cathy Cox, the Secretary of State and the Corporations Commissioner of the State of Georgia, hereby certify under the seal of my office that

### Inner City Auto Repair, LLC
a Domestic Limited Liability Company

has been duly organized under the laws of the State of Georgia on **August 29, 2006** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.



WITNESS my hand and official seal of the City of Atlanta and the State of Georgia on August 29, 2006

*Cathy Cox*

Cathy Cox
Secretary of State

August 29, 2006

# ARTICLES OF ORGANIZATION
# FOR GEORGIA LIMITED LIABILITY COMPANY

**The name of the Limited Liability Company is:**
Inner City Auto Repair, LLC

**Filer name, address and phone number:**
Dorothy B. Rosenberger
3449 Lawrenceville Suwanee Rd , Suite E
Suwanee, GA 30024
(678) 714-1131

**The principal mailing address of the Limited Liability Company is:**
43 Piedmont Road
Winder, GA 30680

**The Registered Agent is:**
Samuel Lorin
43 Piedmont Road
Winder, GA 30680
**County:** Barrow

**The name and address of each organizer(s) are:**
Samuel Lorin
43 Piedmont Road
Winder, GA 30680

**The optional provisions are:**
No optional provisions.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization on the date set forth below.

| **Signature(s):** | **Date:** |
|---|---|
| Attorney-in-Fact, Dorothy B. Rosenberger | August 29, 2006 |