# EXHIBIT B

    

December 6, 2006

**VIA ELECTRONIC AND CERTIFIED MAIL**
Mr. Samuel Lorin
1539 Remsen Avenue
Brooklyn, NY 11236

Mr. Transmission #395
Attn: Samuel Lorin
43 Piedmont
Winder, GA 30680

    Re:    Purchase of Mr. Transmission/ Milex Service Center in Winder, Georgia; Unauthorized use of Mr. Transmission® and Milex® Trademarks

Dear Mr. Lorin:

    In August 2006, you purchased the assets of a Mr. Transmission/ Milex Service Center located in Winder, Georgia. However, the purchase of those assets is contingent upon Moran Industries, Inc.'s approval of the transfer. In order for Moran Industries, Inc. to approve any franchise application, the candidate must return all required documents, pay all applicable fees, and attend all required training courses. Moran Industries has not received any of these items from you, despite numerous requests. Consequently, Moran has not yet approved your franchise application.

    As you know, Moran Industries, Inc. is the owner of U.S. Trademark Registrations 2,826,414 and 2,726,414 for the term Mr. Transmission® and design, respectively, for transmission services; namely, inspection, adjustment, repair, installation, and maintenance services for automotive transmissions and parts. Moran Industries, Inc. is also the owner of U.S. Trademark Registrations 1,602,864 and 2,614,536 for the term Milex® and design, respectively, for automobile repair.

    Because Moran has not approved your franchise application, your use of Mr. Transmission® and Milex® violates the Lanham Act, 15 U.S.C. §1125, by infringing upon Moran's trademarks and trade name, entitling Moran to collect: (1) your profits; (2) the damages sustained by Moran; and (3) the costs of any legal action to enforce Moran's rights, including Moran's attorney's fees.

    We, therefore, demand that you execute the franchise agreement and related

**D.R.I.V.E.**
Dedication • Respect • Integrity • Vision • Enthusiasm

www.moranindustries.com • www.mrtransmission.com • www.milextuneupbrake.com • www.multistatetransmission.com • www.altamere.com

4444 W. 147th Street • Midlothian, IL 60445
(708) 389-5922 • (800) 377-9247 • (708) 389-9882 Fax







**MORAN INDUSTRIES, INC.**
Franchisors of Automotive
Accessories & Repair Centers

documents, attend the required training courses, and pay all applicable fees, including the transfer fee, warranty deposit and training deposit. If you do not return an executed franchise agreement along with payment for monies owed, or provide a reasonable response to the foregoing by December 18, 2006, Moran will pursue its remedies under the Lanham Act and applicable law, which may include, without limitation, a lawsuit seeking injunctive relief and monetary damages.

Because of the serious nature of this matter, you should give it your immediate attention. If you have any questions regarding this correspondence, please contact me immediately.

Very truly yours,

Kristine Martens
In-House Counsel

Encl.

cc:　Rissy Sutherland, Vice-President-Operations

**D.R.I.V.E.**
Dedication • Respect • Integrity • Vision • Enthusiasm

www.moranindustries.com • www.mrtransmission.com • www.milextuneupbrake.com • www.multistatetransmission.com • www.altamere.com

4444 W. 147th Street • Midlothian, IL 60445
(708) 389-5922 • (800) 377-9247 • (708) 389-9882 Fax

Case 1:07-cv-06204   Document 30-4   Filed 05/20/2008   Page 4 of 9



**FisherZucker**
BUSINESS LAWYERS

Lane Fisher*

Jeffrey Zucker*

F. Joseph Dunn*

Lyvonne Brittingham+

Paul J. Cianci*

David J. Allsman*

Christopher Anderson*

Janaki Parmar*

J. Samuel Choate Jr.°
Of Counsel

*member PA and NJ bars
+member PA and TX bars
°member GA, VA and DC bars

121 S. Broad Street
Avenue of the Arts
Suite 1200
Philadelphia, PA 19107
P: 215.545.5200
F: 215.545.8313

402 Park Boulevard
Cherry Hill, NJ 08002
P: 856.665.5253
F: 856.488.2108

777 Gloucester Street
Suite 305
Brunswick, GA 31520
P: 912.264.4211
F: 912.264.1204

April 13, 2007

*Via Federal Express and Regular Mail*
Samuel Lorin
1539 Remsen Avenue
Brooklyn, NY 11236

Mr. Transmission #395
Attn: Samuel Lorin
43 Piedmont Drive
Winder, GA 30680

Re:   **Unauthorized Operation of Mr. Transmission/Milex Franchised Business and Trademark Infringement**

Dear Mr. Lorin:

     Please be advised that this office represents Moran Industries, Inc. ("Moran"). I understand that in August 2006, you entered into an agreement with Northeast Georgia Automotive Repair, LLC ("Seller") for the sale of the assets used in connection with the operation of a Mr. Transmission/Milex franchised business (the "Business") located at 43 Piedmont Drive, Winder, Georgia 30680. Further, I understand that closing on the purchase occurred on or about August 28, 2006.

     Since that time you have been operating the Business as a Mr. Transmission and using Moran's trademarks and proprietary business system without a license. Specifically, Moran owns the mark "Mr. Transmission" which is registered on the United States Patent and Trademark Office's Principal Register at Reg. No. 917,866. Moran also owns the "Mr. Transmission blockhead" logo which is registered on the United States Patent and Trademark Office's Principal Register of Trademarks at Reg. No. 905,688. Moran is also the owner of the "Milex" mark and design, which it has registered on the United States Patent and Trademark Office's Principal Register at Reg. Nos. 1,602,864 and 2,614,536 respectively (collectively, Moran's trademarks are referred to as the "Proprietary Marks").

     Section 32 of the Lanham Act, 15 U.S.C. § 1114, holds liable "[a]ny person who shall, without the consent of the registrant -- (a) use in commerce any reproduction ... of a registered mark ... in connection with

www.fisherzucker.com
A limited liability company formed in the Commonwealth of Pennsylvania



which such use is likely to cause confusion." Indeed, the United States Circuit Court of Appeals for the Third Circuit has found that "cases where a defendant uses an identical mark on competitive goods hardly ever find their way into the appellate reports. Such cases are 'open and shut' and do not involve protracted litigation to determine liability for trademark infringement." See, Opticians Ass'n v. Independent Opticians, 920 F.2d 187, 192 (3d Cir. 1990).

You should also be aware that 15 U.S.C. § 1117 permits Moran to recover: (1) your profits; (2) the damages sustained by Moran; (3) and the costs of the legal action, including Moran's attorneys' fees.

Accordingly, Moran demands that you immediately:

1. Cease using the Proprietary Marks in connection with the repair and installation of motor vehicle transmission systems and related components and other repair services;

2. Return to Moran all advertisements and promotional literature containing the "Proprietary Marks";

3. Destroy all signage containing the "Proprietary Marks";

4. Compensate Moran for the damages it has suffered as result of your infringing use of the "Proprietary Marks"; and

5. Return to Moran all proprietary information including but not limited to the Mr. Transmission/Milex Operations Manual.

In the alternative, you must immediately surrender possession of the Business back to the Seller.

Due to the serious nature of this matter, I suggest that you give it your immediate attention.

Very truly yours,

**FISHER ZUCKER LLC**

By: _____
Lane Fisher

cc: Barbara Moran
Kristine Martens, Esq.

F:\Moran Industries\2007 Letters\Lorin.4.12.07.doc

Case 1:07-cv-06204  Document 30-4  Filed 05/20/2008  Page 7 of 9



## FisherZucker
### BUSINESS LAWYERS

April 27, 2007

Lane Fisher*

Jeffrey Zucker*

F. Joseph Dunn*

Lyvonne Brittingham†

Paul J. Cianci*

David J. Allsman*

Christopher Anderson*

Janaki Parmar*

J. Samuel Choate Jr.°
Of Counsel

*member PA and NJ bars
†member PA and TX bars
°member GA, VA and DC bars

**Via Federal Express and Regular Mail**
Samuel Lorin
1539 Remsen Avenue
Brooklyn, NY 11236

Mr. Transmission #395
Attn: Samuel Lorin
43 Piedmont Drive
Winder, GA 30680

Re: **Unauthorized Operation of Mr. Transmission/Milex Franchised Business and Trademark Infringement**

Dear Mr. Lorin:

     As you are aware, this office represents Moran Industries, Inc. ("Moran"). I write to follow up our telephone conversation of today regarding your operation of a Mr. Transmission/Milex franchised business (the "Business") located at 43 Piedmont Drive, Winder, Georgia 30680, which you purchased from Northeast Georgia Automotive Repair, LLC on or about August 28, 2006. As I stated in our conversation, you have been operating the Business under Moran's trademarks (the "Marks") and business systems since August 28, 2006 despite the fact that you have no right to do so, as you have refused to execute a Mr. Transmission franchise agreement. As such, your unauthorized use of the Marks is a violation of the Lanham Act, 15 U.S.C. §1125, entitling Moran to collect: (1) your profits; (2) the damages sustained by Moran; and (3) the costs of any legal action to enforce Moran's rights, including Moran's attorneys' fees.

     Please take this correspondence as Moran' final demand that you: (i) execute the enclosed Mr. Transmission franchise agreement, a copy of which you have already been provided with; (ii) pay Moran a $5,000 transfer fee; (iii) pay Moran a $3,000 warranty deposit; (iv) pay Moran the $3,000 training deposit; and (v) submit to Moran all gross sales reports of the Business since August 28, 2006 and pay a 7% royalty on such sales. All payments to Moran must be made via certified check or money order.

     If Moran does not receive these items by May 2, 2007, I will advise Moran to take such actions as necessary to protect its rights under applicable law.

121 S. Broad Street
Avenue of the Arts
Suite 1200
Philadelphia, PA 19107
P: 215.545.5200
F: 215.545.8313

402 Park Boulevard
Cherry Hill, NJ 08002
P: 856.665.5253
F: 856.488.2108

777 Gloucester Street
Suite 305
Brunswick, GA 31520
P: 912.264.4211
F: 912.264.1204

www.fisherzucker.com
A limited liability company formed in the Commonwealth of Pennsylvania





       Due to the serious nature of this matter, I suggest that you give it your immediate attention.

Very truly yours,

FISHER ZUCKER LLC

By: _____
David J. Allsman

Enclosures

cc:    Barbara Moran
       Kristine Martens, Esq.

F:\Moran Industries\2007 Letters\Lorin.4.27.07.doc