# EXHIBIT C

**WhitePages.com** 

**BRIGHT START**
A top-ranked 529 plan by Morn

Home    People Search    Business Search    Reverse Lookup    Area & ZIP Codes    Planning Guides

Business Search    Browse Categories

**Businesses**

Search for:  milex        in  Winder GA        [Search]    ▸ Search Options

**Milex Results**    Names with *milex*

▾ Sort Results and Viewing    ▸ Narrow My Search    Show More Categories

Enlarge

Sort: Standard | A-Z | Distance | Rating | Local Only        Show results within:  Winder GA   Show: 15 per page

All Listings
Report Incorrect Listings >

**1**   Milex Car Care                                Add to MyInfo AddressBook    ✎ Edit
                                                     Save to Outlook

   **Appears in the Category:**                       Be the first to Rate It
        Auto Service & Repair

   43 Piedmont Drive, Winder, GA 30680

   (770) 586-0474
      more info    phone    map                                                         Winde

Advertisers


Meineke
Complete
Find Loc
www.m


Vehicle C
Fast, affc
replacem
800-80(

# YELLOWPAGES.COM

Standard | **Distance** | **Phone Number**

Home > Winder > Category Search - Automotive Repair > More Info - Mr Transmission Transmission USA

E-mail this page

**Mr Transmission Transmission USA**

43 Piedmont Dr
Winder, GA 30680 Map

★ ★ ★ ★ ★
Review This Business!
Rate it    Read Reviews

(770) 586-0474

Visit Web Site

Improve this listing

Send to Mobile | Map it | E-mail it | Get Directions | Search Nearby | Save This Listing | Save a Note

## GENERAL INFORMATION:

**WEB LINKS**
http://www.mrtransmission.com

**AKA**
Mr Transmission, Milex Car Care, Inner City Auto Repair

## PRODUCTS & SERVICES:

**Part of the new at&t**

© 2008 YELLOWPAGES.COM LLC. All rights reserved.
© 2008 AT&T Intellectual Property. All rights reserved. AT&T, AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

Some data provided by Localeze and Acxiom

# YELLOWPAGES.COM

Standard | **Distance** | Phone Number

Home > Winder > Category Search - Automotive Repair
We found **4030 businesses** for "Auto Repair & Service" in the **Winder, GA** area.

See 1 business with "Automotive Repair" in their **business information**.
See 172 businesses with "Automotive Repair" in their **business name**.

GM Parts & Services

Meineke Car Care Centers



CLICK for Location & Valuable Coupons

---

**Meineke Car Care Center**
4330 Jonesboro Road
Forest Park, GA 30297 Map

(404) 363-1538    Call

Visit Web Site

Review This Business!
Rate it    Read Reviews

Send to Mobile | Map it | E-mail it | Get Directions | Search Nearby | Save This Listing | Save a Note

---

Abc Automotive
1195 Atlanta Hwy Nw
Winder, GA 30680 Map

(678) 425-9575

Review This Business!
Rate it    Read Reviews

Send to Mobile | Map it | E-mail it | Get Directions | Search Nearby | Save This Listing | Save a Note

---

ACDelco
Serving Atlanta Metro Area
Winder, GA 30680

(800) 223-3526

Review This Business!
Rate it    Read Reviews

More Info

Send to Mobile | E-mail it | Search Nearby | Save This Listing | Save a Note

---

Adams Garage
714 Will Maynard Rd
Winder, GA 30680 Map

(770) 867-5884

Review This Business!
Rate it    Read Reviews

359 Pleasant Hill Church Rd Se
Winder, GA 30680 Map

(770) 725-0715

Review This Business!
Rate it    Read Reviews

More Info:  Products & Services

Send to Mobile | Map It | E-mail It | Get Directions | Search Nearby | Save This Listing | Save a Note

---

### Mr Transmission Transmission USA
43 Piedmont Dr
Winder, GA 30680 Map

(770) 586-0474

Review This Business!
Rate it    Read Reviews

Visit Web Site

More Info

Send to Mobile | Map It | E-mail It | Get Directions | Search Nearby | Save This Listing | Save a Note

---

### Navolato Auto & Tire Service
305 Atlanta Hwy Se
Winder, GA 30680 Map

(678) 425-9418

Review This Business!
Rate it    Read Reviews

Send to Mobile | Map It | E-mail It | Get Directions | Search Nearby | Save This Listing | Save a Note

---

### Neil's Auto III
136 E Midland Ave
Winder, GA 30680 Map

(770) 867-4261

Review This Business!
Rate it    Read Reviews

Visit Web Site

More Info:  Products & Services | Payment Methods | Hours of Operation

Send to Mobile | Map It | E-mail It | Get Directions | Search Nearby | Save This Listing | Save a Note

---

### New Hope Automotive Repair
48 E Midland Ave
Winder, GA 30680 Map

(678) 963-0287

Review This Business!
Rate it    Read Reviews

Send to Mobile | Map It | E-mail It | Get Directions | Search Nearby | Save This Listing | Save a Note

---

### New York Auto Glass
162 W Athens St
Winder, GA 30680 Map

(678) 425-9495

Review This Business!
Rate it    Read Reviews

More Info

Send to Mobile | Map It | E-mail It | Get Directions | Search Nearby | Save This Listing | Save a Note

---

### Paula's Hair Designs



Winder City Guide > Automotive > Repair & Service > All > Mr Transmission

Share your photos of Mr Transmission.
Upload now.

User Rating: 0 out of 5 stars (0 ratings)

# Mr Transmission
(770) 586-0474
www.mrtransmission.com
43 Piedmont Dr, Winder, GA 30680 |

## Business Overview    Edit Info

Categories: Auto Repairs, Car Brake Service, Car Transmissions

Related Web Sites: National Homepage

Other Contact Info: Fax: (770) 867-2247

CATEGORY SPONSORS

**Auto Repair**
www.onypc.com/americas-best - Reliable Transmission **Repair** andServices. Contact Us in Atlanta.

**Auto Repairs**
www.Goodwrench.com - Click Here for Inspection Offer! Goodwrench & Go at Your GM Dealer.

**Atlanta Auto Repair**
www.eisi.net - Contact our pros for European **auto repair** and maintenance in...

See your message here

Be the first on your block - Sign in to write a review of this business.

YAHOO!
BARROW HEIGHTS

More Search Options

**Search the web for Mr Transmission in Winder, GA**

Reviews of Winder Auto Repair on Yelp.com

Today: Mo
59°F - 71°F
Extended Fo



500 m
1000 ft

Some business information provided by InfoUSA ®. Omaha, Nebraska Copyright © 2008.
Some business information provided by Wcities & Discoverourtown.com. Copyright © 2008. All rights reserved.
Copyright © 2008 Yahoo! Inc. All rights reserved. Copyright/IP Policy
Privacy Policy | Terms of Service | Add/Edit a Business | Yahoo! Maps Terms of Use | Help | Additional Terms of Service

You Mi

Pilgrim's Auto R
35 Business Ce

Rojas Auto Rep
136 E Midland /

Dx Auto Repair
9 W Williams St

Master Tech Au
90 E Candler St

Auto Repair Lup
220 N Broad St,

http://local.yahoo.com/details?id=28370654                                                                              5/14/2008

Yahoo! My Yahoo! Mail

Search:

# YAHOO! LOCAL Yellow Pages

Sign In
New User? Sign Up

Yellow P

### Best Rate
Best Mortgage Rates, Best Mortgage Lender, No Obligation, You Win.



### Foreclosure Help Site - Save Money
We Can Help Reduce Your Mortgage Payments In Half. (800) 827-0692.

> www.arizonashortsaleoffice.com

### HUD Home Loans
Apply here to get your HUD/F home Low Rates for Bad Cred

> myFHAhomeloan.com

## Yahoo! Yellow Pages

**Your Search:**    Search    Location: ★ Wind
Search by Category or Business Name (e.g. Hotel or Holiday Inn)

Top > Automotive > Repair and Service > All

### Mr Transmission
Address: 43 Piedmont Dr, Winder, GA 30680
Phone: (770) 586-0474
 More Information | Been there? Write a Review

✉ Email this Business List
💾 Save to Yahoo! Addres

**Related Categories**
This listing appears in:
- Parts > Automobile
- Repair and Service > Transmissions
- Repair and Service > All

**Related Searches**
- Transmissions - Automobile
- Automobile Repairing & Service

**Maps and Directions**
This exact address cannot be found, but here is the area.

Interactive Map | Driving Directions Not Available



**Own this busine:**
Submit your listing to reach more custo and free! Learn mor

**More Search Opt**
NEW! Search Yahoo!

Mr Transmissior
GA 🔊

**Businesses Clos**
43 Piedmont Dr,
Winder, GA 30680
- Restaurants
- Golf Courses
- Department Store:
- Entertainment & A
- Hotels
- Change to this loc:

CATEG

Auto Repair Service
www.Auto-ServiceUnlimited.com - American/European/Japanese Repair. Free Diag. $100 Off Alpharetta.

Auto Repair Service
www.romatcoauto.com - American/European/Japanese/Sprinter. Free Diagnostic. Alpharetta.

Auto Repair Service
Auto.YellowPages.com/Atlanta - Find Atlanta Auto Repair Shops, Mechanics & Auto Services.

See your message here

Business Information provided by InfoUSA ®, Omaha, Nebraska Copyright © 2008.
All Rights Reserved. Use Subject to License.

Driving Directions - Local - Maps - Real Estate - Yellow Pages

Copyright © 2008 Yahoo! Inc. All rights reserved. Help - Copyright/IP Policy - Privacy Policy - Terms of Service



| PRODUCT / SERVICE | NAME OF BUSINESS | LOCATION |
|---|---|---|
| mr. transmission | or | Winder, GA |

**Local Results (7)**   Sort by: A - Z   Closest match ⌄



 **Mr Transmission**
770-586-0474

43 Piedmont Dr
Winder, GA 30680

Directions | Save & Send

 **Classic Transmisson And Auto Service**
770-868-1327

201 E May St
Winder, GA 30680

Directions | Save & Send

 **Inter City Auto Repairs**
770-586-0474

43 Piedmont Dr
Winder, GA 30680

Directions | Save & Send

**Other businesses serving your**

**Angel's Transmissions**
706-367-4444

916 Washington St
Jefferson, GA 30549-1011

Directions | Save & Send

 **Rojas Auto Repair**
770-307-3425

136 Midland Ave, Unit 1
Winder, GA 30680

Directions | Save & Send

 **S & K Automotive Inc**
770-867-0704

78 McNeal Rd
Winder, GA 30680

Directions | Save & Send

 **Stop & Ride**
706-367-4182

Winder, GA 30680

Save & Send

 **Tollock Of North America**

770-867-4848
1354 Duncan Ln
Winder, GA 30680

Save & Send

©2008 Yellow Book USA, Inc. All rights reserved | 1-800-YB-YELLOW



| PRODUCT / SERVICE | | NAME OF BUSINESS | LOCATION |
|---|---|---|---|
| | or | milex | Winder, GA |

**Local Results (1)**

Sort by:   A - Z    Closest match ⌄



**Milex Car Care**
770-586-0474

43 Piedmont Dr
Winder, GA 30680-8116

Directions | Save & Send

©2008 Yellow Book USA, Inc. All rights reserved | 1-800-YB-YELLOW