# EXHIBIT D



Great local search - nationwide...**yellowbook.com**

**To Promote Your Business Call 1-800-YB-YELLOW (1-800-929-3556)**

Hutchins Joe Thrash
[illegible] Wndr 30680 ... 770 867-6347
Lamont [illegible] Wood Ave Wndr 30680 ... 770 867-[illegible]
Larry E [illegible] County Farm Rd Jfrsn 30549 ... 706 [illegible]
[illegible] Cr [illegible] 30620 ... 770 [illegible]
[illegible] Center Hill Rd Wndr 30680 ... 770 [illegible]
[illegible] Wndr 30680 ... 770 [illegible]
[illegible] Wndr 30680 ... 770 [illegible]
[illegible] St Wndr 30680 ... 770 [illegible]
[illegible] Ln [illegible] 30517 ... 770 [illegible]
[illegible] Hwy Wndr 30680 ... 770 [illegible]
[illegible] C Wndr 30680 ... 678 [illegible]
[illegible] Sue ... 770 [illegible]
[illegible] 197 [illegible] Dr Wndr 30680 ... 678 [illegible]
H [illegible] Old Collins Rd Hschtn 30548 ... 706 [illegible]
H H ... 770 [illegible]
John E 147 D Williams Rd Cmrce 30530 ... 706 [illegible]
M J 702 E Jefferson St Hschtn 30548 ... 706 [illegible]
[illegible] ... 770 [illegible]
[illegible] 30548 ... 706 [illegible]
[illegible] D 700 Old Collins Rd Hschtn 30548 ... 706 [illegible]
[illegible] W [illegible] ... 770 [illegible]
Jeffery [illegible] Rd Wndr 30680 ... 770 867-[illegible]
Marc [illegible] Dr Hschtn 30548 ... 706 [illegible]
Hush [illegible] Hschtn 30548 ... 706 [illegible]
[illegible] J ... 706 [illegible]
[illegible] Dawn 3544 Grand Reunion Dr Hschtn 30548 ... 770 [illegible]-1191
George ... 706 [illegible]
Johnathan C 27 [illegible] Dr Cmrce 30529 ... 706 [illegible]
Steve ... 706 [illegible]
Tommy [illegible] Creek Dr [illegible] 30620 ... 770 [illegible]
W ... 770 [illegible]
Willie ... 770 [illegible]
[illegible] 30 April Ln Jfrsn 30549 ... 706 [illegible]
[illegible] Cr Jfrsn 30549 ... 706 [illegible]-7673
Hwy [illegible] Cleaners
[illegible] 30680 ... 770 [illegible]
[illegible] Way [illegible] 30517 ... 770 [illegible]
[illegible] Wndr 30680 ... 770 [illegible]
[illegible] Cmrce 30530 ... 706 [illegible]
[illegible] C [illegible] Wndr 30680 ... 770 [illegible]
Patrick J [illegible] Pond Fork Church Rd Talmo 30575 ... 706 [illegible]
[illegible] M ... 770 [illegible]
Mary ... 770 [illegible]
[illegible] Church Rd Jfrsn 30549 ... 706 [illegible]
[illegible] ... 706 [illegible]
[illegible] Hschtn 30548 ... 706 [illegible]
[illegible] Pressure Washing
[illegible] Wndr 30680 ... 678 [illegible]
[illegible] ... 800 [illegible]
[illegible] Agency
[illegible] ... 706 335-3900
[illegible] Agency
[illegible] ... 706 367-2430
[illegible] Hschtn 30548 ... 678 714-[illegible]

HYUNDAI OF ATHENS
2950 Atlanta Hwy Ath 30606 ... 706 [illegible]

I-85 [illegible] & Towing ... 706 693-4421
I-85 [illegible] Of [illegible]
[illegible] Cmrce 30529 ... 706 335-[illegible]
[illegible] E May St Hschtn 30548 ... 678 [illegible]
[illegible] Jackson Trail Rd Hschtn 30548 ... 706 654-[illegible]
IBM Corp
General Information Toll Free '1' ... [illegible]
Service [illegible] Toll Free '1' ... [illegible]
[illegible] Wndr 30680 ... 770 [illegible]
[illegible] Hwy Hschtn 30548 ... 678 [illegible]
Ice [illegible] 17 [illegible] Hwy Wndr 30680 ... 770 [illegible]
[illegible] 719 [illegible] Dr Wndr 30680 ... 770 [illegible]
[illegible] Locksmith [illegible] Toll Free '1' ... [illegible]
[illegible] New Liberty Way Brstn 30517 ... 706 [illegible]
[illegible] Dr Wndr 30680 ... 770 [illegible]
[illegible] Dr Brstn 30517 ... 770 [illegible]
[illegible] J W [illegible] Dr Wndr 30680 ... 770 [illegible]
[illegible] 43 Cmrce ... 706 [illegible]
[illegible] Ridge Rd Ath 30611 ... 770 [illegible]
[illegible] 16 S Public Sq Jfrsn 30549 ... 706 [illegible]

ILLUMINAS [illegible] Hwy 211 [illegible] Wndr ... 770 867-[illegible]
ILS-[illegible] Inc [illegible] Highway 441 S Cmrce 30529 ... 706 [illegible]
ILS-[illegible] Inc [illegible] Highway 53 Brstn 30517 ... 706 [illegible]
ILS-[illegible] Inc 4073 Highway 129 N Jfrsn 30549 ... 706 [illegible]
[illegible] Inc
[illegible] Jackson Trail Rd Hschtn 30548 ... 706 [illegible]
[illegible] Don [illegible] Highway 53 Wndr 30680 ... 678 [illegible]
I M C 1742 N Broad St Cmrce 30529 ... 706 [illegible]
IMED [illegible] Dr Brstn 30517 ... 706 654-1981
Imes Joyce 125 Carrath Rd Cmrce 30530 ... 706 335-9754

Imig D Cmrce 30529 ... 706 335-3954
Immigration Attorney Office All Toll Free '1' ... 800 860-1546
Immigration Services And Naturalization United States
Government
All Calls Toll Free '1' ... 800 375-5283
[illegible] Toll Free '1' ... 800 767-[illegible]
[illegible] Ln Brstn 30517 ... 770 [illegible]
[illegible] Inc [illegible] Dr SW Wndr 30680 ... 770 307-1136
[illegible] N Center St Wndr 30680 ... 770 867-[illegible]
[illegible] Inc [illegible] Pkwy Wndr 30680 ... 770 [illegible]
[illegible] Stone View Dr Hschtn 30548 ... 706 654-[illegible]
[illegible] Inc
[illegible] 129 N Jfrsn 30549 ... 706 693-2283
Indian [illegible] Cycles 40[illegible] US Hwy 441 N Cmrce ... 706 336-[illegible]
Indian [illegible] Cycles 40[illegible] US Hwy 441 N Cmrce ... 706 335-[illegible]
[illegible] 792 [illegible] Rd [illegible] 30620 ... 770 867-[illegible]
[illegible] Bank Toll Free '1' ... 800 [illegible]
[illegible] Services [illegible] W May St Wndr 30680 ... 770 [illegible]
[illegible] Inc Toll Free '1' ... 800 [illegible]
[illegible] Underground Construction
[illegible] ... 706 652-0021
[illegible] Underground Construction Services
[illegible] ... 706 652-1000
[illegible] Olde World Pizzeria
[illegible] Jfrsn 30549 ... 706 367-2242
[illegible] John W [illegible] 777 [illegible] Trl Hschtn 30565 ... 706 757-3501
[illegible] Michael J
[illegible] Rd Wndr 30680 ... 770 307-4771
[illegible] N Broad St Wndr 30680 ... 770 867-7115
[illegible] S Elm St Cmrce 30529 ... 706 335-7089
[illegible] N Broad St Wndr 30680 ... 770 867-7116
[illegible] Trl Wndr 30680 ... 770 307-[illegible]
[illegible] View Dr Hschtn 30548 ... 706 654-5758
[illegible] Trl Cmrce 30530 ... 706 335-2171
[illegible] Trl Cmrce 30530 ... 706 336-[illegible]
[illegible] Rd Cmrce 30530 ... 706 336-[illegible]
[illegible] Rd Cmrce ... 706 335-[illegible]
[illegible] Pl Jfrsn 30549 ... 706 367-[illegible]
J [illegible] Wndr 30680 ... 770 [illegible]
J [illegible] Rd Cmrce 30530 ... 706 [illegible]
[illegible] Rd Hschtn 30565 ... 706 757-2190
[illegible] Rd Hschtn 30565 ... 706 757-2434
[illegible] & [illegible]
[illegible] Cmrce 30529 ... 706 335-[illegible]
[illegible] Orchard Cr Cmrce 30529 ... 706 335-6163
[illegible] Cmrce 30530 ... 706 [illegible]
[illegible] Wndr 30680 ... 770 307-[illegible]
[illegible] Cmrce 30530 ... 706 [illegible]
[illegible] Cmrce 30530 ... 706 [illegible]
[illegible] Ln Hschtn 30548 ... 770 [illegible]
[illegible] ... 770 [illegible]
[illegible] Brstn 30517 ... 770 [illegible]
[illegible] J [illegible] Ct Wndr 30680 ... 770 867-[illegible]
[illegible] E [illegible] Dr Wndr 30680 ... 770 [illegible]-4975
[illegible] Wndr 30680 ... 770 867-[illegible]

[illegible] CITY AUTO REPAIRS & [illegible]SSIONS
Free Computer Diagnostic
With Repair
43 Piedmont Dr Wndr 30680 ... 770 586-0474

INNER CITY TRANSMISSIONS
43 Piedmont Dr Wndr 30680 ... 770 586-0474
[illegible] Tires
[illegible] Industrial Pkwy Wndr 30680 ... 770 867-2003

[illegible] JAPANESE [illegible] & SEAFOOD
42 Piedmont Dr Wndr 30680 ... 770 867-9008

[illegible] OUT AUTOMOTIVE [illegible]
Call ... 706 983-9451

[illegible] Of Experts The
[illegible] 30517 ... 706 824-0291
[illegible] Unlimited
[illegible] Wndr 30680 ... 770 307-5403
[illegible] Toll Free '1' ... 800 949-9815

[illegible] HEATING & COOLING
Call ... 770 307-4100

Intelligent Media Ventures LLC Toll Free '1' ... 866 246-[illegible]
Intercoastal Financial Group
[illegible] Dr NE ... 770 271-[illegible]
International Furniture Industr
[illegible] Highway 129 N Jfrsn 30549 ... 706 [illegible]
Interstate [illegible] 231 [illegible] Rd Wndr 30680 ... 678 [illegible]
Interstate Industrial Inc [illegible] St Brstn 30517 ... 706 [illegible]
Interstate Insurance Services
[illegible] Dr Hschtn 30548 ... 770 96[illegible]
Interstate North Pkwy Locksmith
All Toll Free '1' ... 888 [illegible]
Interstate Truck & Equipment Sales Inc
[illegible] Wright Rd Jfrsn 30549 ... 706 36[illegible]
Interstate Utilities 253 N Broad St Wndr 30680 ... 770 86[illegible]
[illegible] Somphone
[illegible] Dr Wndr 30680 ... 770 7[illegible]
[illegible] Soutsakhone 1142 [illegible] 30620 ... 678 [illegible]
Intrigue Art 711 Jefferson Walk Cr Jfrsn 30549 ... 706 [illegible]
Intrilia Sophia 675 [illegible] Way Brstn 30517 ... 770 [illegible]
Inventors Assistance League International
Toll Free '1' ... 800 [illegible]
Investment Housing 146 Depot St Jfrsn 30549 ... 706 [illegible]
Inwood Dennis Wayne
715 [illegible] Rd Wndr 30680 ... 770 [illegible]
Patricia 215 [illegible] Pl Jfrsn 30549 ... 706 [illegible]
Ionashka George 518 [illegible] Ln Wndr 30680 ... 678 [illegible]

IRON PIG BBQ
121 Epps St Jfrsn 30549 ... 706 367-[illegible]

Irons Rosetta 108 [illegible] Ct Wndr 30680 ... 678 96[illegible]
IronStone Bank
IronStone Direct/Telephone Banking
Telecommunications Device For The Deaf-TDD
Toll Free '1' ... 866 24[illegible]
Telephone Banking Toll Free '1' ... 866 4[illegible]
Departments
Business and Treasury Services Toll Free '1' ... [illegible]
Lending Toll Free '1' ... [illegible]
Merchant Services Toll Free '1' ... [illegible]
Irvin [illegible] Rd Cmrce 30529 ... 706 [illegible]
Irvin [illegible] A 130 Jackson St [illegible] ... 706 [illegible]
[illegible] Dr [illegible] ... 706 [illegible]
[illegible] Ct Hschtn 30548 ... 770 [illegible]
[illegible] Wndr 30680 ... 770 [illegible]
[illegible] Rd Cmrce 30529 ... 706 [illegible]
[illegible] George A 100 [illegible] Ct Brstn 30517 ... 770 [illegible]
[illegible] ... 770 [illegible]
M [illegible] Ln [illegible] 30549 ... 706 [illegible]
[illegible] ... 770 [illegible]
[illegible] Lakes Trl Jfrsn 30549 ... 706 [illegible]
[illegible] 214 [illegible] Rd Jfrsn 30549 ... 706 [illegible]
[illegible] Wndr 30680 ... 678 [illegible]
N ... 706 [illegible]
Isbell Barry 167 [illegible] Dr Jfrsn 30549 ... 706 [illegible]
Carl ... 770 [illegible]
J ... 770 [illegible]
James M 740 Pond Fork Church Rd Talmo 30575 ... 706 [illegible]
Warren [illegible] Pickes Fence Way Hschtn 30548 ... 770 [illegible]
[illegible] Gary A Jfrsn 30549 ... 706 [illegible]
[illegible] Umar Dr Cmrce 30529 ... 706 6[illegible]
[illegible] ... 706 [illegible]
[illegible] Cheryl 418 Caldwell Ln Hschtn 30548 ... 706 [illegible]
[illegible] Eric [illegible] Rd Jfrsn 30549 ... 706 [illegible]
[illegible] 77 [illegible] Ct Wndr 30680 ... 770 [illegible]
[illegible] William [illegible] Ln Jfrsn 30549 ... 706 [illegible]
[illegible] Carroll L [illegible] Dr Jfrsn 30549 ... 706 [illegible]
Harold 4122 [illegible] Dr Brstn 30517 ... 770 [illegible]
W D [illegible] Rd Cmrce 30530 ... 706 [illegible]
[illegible] A C [illegible] Rd Cmrce ... 706 [illegible]
Ivey [illegible] 1107 Old Kings Bridge Rd Hschtn 30565 ... 706 [illegible]
Brian ... 770 [illegible]
Ivey Brook Subdivision
1113 Ivey Brk Dr [illegible] 30620 ... 770 [illegible]
Ivey H H 383 [illegible] Ave Wndr 30680 ... 770 [illegible]
J Wndr 30680 ... 678 [illegible]
J [illegible] Rd Jfrsn 30549 ... 706 [illegible]
Jason [illegible] Dr Jfrsn 30549 ... 706 3[illegible]
Ivey Mechanical Company
[illegible] Rd Wndr 30680 ... 770 3[illegible]
Ivey R D [illegible] Rd [illegible] ... 706 [illegible]
Shannon [illegible] Rd Wndr 30680 ... 770 [illegible]
Terry 72 [illegible] St Cmrce 30529 ... 706 [illegible]
Terry L 404 Bradford Way Ath 30611 ... 678 [illegible]
Vicky [illegible] Hwy Brstn 30517 ... 770 [illegible]
William Scotty [illegible] Rd Wndr 30680 ... 770 [illegible]
Winifred [illegible] Apt [illegible] Wndr 30680 ... 770 [illegible]
Ivie Carole [illegible] County Line Auburn Rd Wndr 30680 ... 770 [illegible]
Ivie Funeral Home 1053 S Elm St Cmrce 30529 ... 706 [illegible]
Ivie K [illegible] ... 678 [illegible]
Shirley [illegible] Forest Ave Cmrce 30529 ... 706 [illegible]
Ivory Dwight 236 Capitol Ave Wndr 30680 ... 770 3[illegible]
James E Jr 893 Martin Luther King Jr Dr Jfrsn 30549 ... 706 367-[illegible]
Ivy Kelley Jr 4965 Bill Cheek Rd Ath 30011 ... 770 271-3[illegible]

Yellow Book Coupon

# Jaffre Mechanical

**$20 Off** Service Call

**404-909-2759**

Free Estimates On Replacement Equipment

Veterans Discount

Yellow Book Coupon

**SMB CONSTRUCTION**

**Bobcat Work**

**10% OFF AFTER 4 HOURS**

- Driveways - Brush - Grading - Etc.

Cell 404-569-2957
Office 706-693-2064

Yellow Book Coupon

**Southern Quality**

All Your Landscape & Lawn Care Needs

10% Off Any Job
$200 Or More

678-410-0276 Josh
706-654-8815 Ned

Yellow Book Coupon

**HAIR CUTS, etc...**

Family Hair Salon

$5.00 OFF Chemical Services

706-652-2993

Yellow Book Coupon

**WILLIAMS Bar-B-Que**

FREE Drink With Any Meal Purchase

706-652-3624

Yellow Book Coupon

**INTER CITY**

Auto Repairs & Transmissions

| $50 OFF Transmission Repair | $25 OFF Major Engine Repair |
|---|---|

770-586-0474 43 Piedmont Dr Winder GA

Yellow Book Coupon

# Shop Local & Save!

Use Your *Yellow Book* Coupons

Yellow Book Coupon

**KOUNTRY DINER**

"The Bible Of Southern Cooking"

**$1.00 Off**

Any Purchase Of A Meal

706-652-2911

SEE COUPON TABLE OF CONTENTS AT THE BEGINNING OF THIS SECTION

since 1930

.com

(929-3556)

O'REILLY AUTO PARTS
✔ See Ad This Page
78 W May St Wndr ....678 963-0844
PRECISION PARTS PLUS
✔ See Ad This Page
197 W Athens St Wndr ....770 867-4586
Redline Toll Free '1' ....800 779-4298
Short Auto Parts Company
....706 335-5544
SRT Motor Racing Products
....770 965-7826
TURBO CONCEPTS
✔ See Ad This Page
Call ....678 661-0040
Wayne Neal Chevrolet
123 S Elm St Cmrce ....706 335-3196
Winder Auto Parts Inc
71 W Athens St Wndr ....770 867-7595
Year One 1001 Cherry Dr Brsltn ....706 658-2140
Yuhara Mfg USA Inc
5674 US Highway 129 N Pndrgrs ....706 693-0855

## AUTO PARTS & SUPLS.-WHOL. & MFRS.

OMIX-ADA Inc 460 Horizon Dr NE ....770 614-6101

## AUTO PARTS-USED & REBUILT

A National Parts Locator
Toll Free '1' ....888 618-4907
CRC Auto Parts Inc
Dee Kennedy Rd Hschtn ....770 867-3512
David Trapp Sales Wndr ....770 868-6956
Gary Moore & Auto Parts
4684 Maysville Rd Cmrce ....706 335-2194
Givens Used Auto Parts
Toll Free '1' ....877 368-8322
Toll Free '1' ....877 421-0868
Jackson Used Autoparts & Recycling Inc
....706 367-8632
....770 867-2644
....Toll Free '1' ....888 618-4907
Smith Auto Parts
1886 Highway 441 S Cmrce ....706 335-2062

THE STARTER SHOP
**Rebuilding & Repairing**
**Starters • Alternators**
**Generators • Installations**
Mon - Fri 8:30-5:00 • Sat 8:30-Noon
343 E. May Street, Unit F, Winder

365 Auto Salvage
482 Crane Mill Rd Alto
Toll Free '1' ....800 243-0365
Turner & Sons Auto Parts & Towing
Toll Free '1' ....800 794-9295

## AUTO RACING CARS

Dick Barbour Racing
Winder Hwy Brsltn ....770 965-2020
....Speed & Automotive Center
....706 652-2545
....Motor Sports Inc
....Winder Hwy Brsltn ....770 965-9830

## AUTO RACING & SPORTS CAR EQUIP.

Racing Brsltn ....706 654-4766
Wayne Neal Chevrolet
123 S Elm St Cmrce ....706 335-3196

Not Just Parts, Parts Plus
• Full Line Automotive Parts Store
• We Turn Drums, Rotors, & Flywheels
• Full Service Automotive Machine Shop
• Performance Parts & Accessories
• Paint & Body Shop Supplies
Full Line Of Tools & Equipment
770-867-4586
8:00am - 6:00pm
Mon. - Sat.
197 W. Athens St.
Winder, GA 30680

## AUTO RADIATORS

*See Radiators-Automotive*

## AUTO REMOTE STARTERS

*See Auto Parts & Supls.-Retail*

## AUTO RENTING

ENTERPRISE RENT-A-CAR
*Reservations*
Toll Free '1' ....800 736-8222
*Winder*
157 West May St ....770 586-5001
Enterprise Rent-A-Car
Suwanee
1185 Peachtree Industrial ....678 482-1330
Enterprise Rent-A-Car
Reservations
Toll Free '1' ....800 736-8222
Commerce
704 S Broad St Cmrce ....706 336-8450
Winder
157 W May St Wndr ....770 586-5001
Jefferson Motor Company
130 Lee St Jfrsn ....706 367-5217
Rent-A-Wreck
1490 S Broad St Cmrce ....706 336-8248

## AUTO REPAIRING

Adam's Garage
714 Will Maynard Rd Wndr ....770 867-5884
Affordable Auto & Welding Service
75 Sycamore St Jfrsn ....706 367-0307
ANGEL'S TRANSMISSIONS
✔ See Ad Page 45
916 Washington St Jfrsn ....706 367-4444
Atlas Cars 4737 Highway 332 Hschtn ....706 824-7238
Autobahn Society The
452 Braselton Industrial Blvd Brsltn ....706 654-4749
Auto Repair Luptias
220 N Broad St Wndr ....678 963-0673
Automotive Alley
737 Harry McCarty Rd Bthlhm ....678 963-0131
Automotive Repair Source
113 Monroe Rd Wndr ....678 425-0584
Barrow Automotive & Transmission Service
Loganville Hwy Wndr ....770 868-5300
Bass-Mims Tire & Service Co
W May St Wndr ....770 867-4561
Bl Burnett Wrecker Service Paint & Body
....Rd Wndr ....770 868-4611
Tire Service Inc
75 E McCord Ave Wndr ....770 867-3149
Brock Curtis Maysville Motors
Highway 441 S Cmrce ....706 335-2335
Brown & Brown Pro Custom Paint & Body
Shop 176 E Athens St Wndr ....770 867-1254

AUTO PARTS
• FREE TESTING ON STARTERS, ALTERNATORS, AND BATTERIES
• WE RECYCLE USED OIL AND BATTERIES AT EVERY STORE!
• WE TURN BRAKE DRUMS AND ROTORS.
Winder
78 W. May St.
678 963-0844

• Waste Gates 38mm Or 50mm
• Turbo Kits
• Super Charges
• Fabrication
• Silicone Hoses
• T-Bolt Clamps
HALTECH

City Tire & Auto Service
1880 N Broad St Cmrce ....706 335-2201
Classic Transmisson And Auto Service
201 E May St Wndr ....770 868-1327
Commerce Car Care
1305 S Elm St Cmrce ....706 335-6949
Commerce Tire Inc
9114 Jefferson St Cmrce ....706 335-3650
CONNER AUTOMOTIVE LLC
✔ See Ad Page 47
701 Thanksgiving Rd Wndr ....404 378-0626
Curves 6342 Grand Hickory Dr Brsltn ....770 965-6100
Dean Lewis Automotive
2330 N Broad St Cmrce ....706 335-9506
Denton's Body Shop Inc
4500 Mount Olive Rd Cmrce ....706 335-2037

(Continued On Page 45)



Case 1:07-cv-06204 Document 30-6 Filed 05/20/2008 Page 6 of 24

BUMPER
BUMPER
American & Foreign
CARS, TRUCKS AND VANS
DIAGNOSTIC · AC SERVICE
SERVICE · CLUTCHES
TIMING BELT & TIMING CHAINS
TUNE-UP · WATER PUMPS
TOWING
SERVICE
AVAILABLE
Tim Bolt
Over 30 Years Experience

AUTO REPAIRING (CONT'D)

Dink Ward's Garage & Towing
Wood Row (Garage) Dr ....706 335-
DK AUTO
Doug's ... Truck Repair
...Rd Cmrce ....706 335-
...Wndr ....770 867-5466
...Cabin Creek Rd Cmrce ....706 757-3426
...Custom Motor Sport
...Winder Hwy Brstn ....770 965-5560
Franks Auto Service
1208 Atlanta Hwy NW Aub ....770 867-6826
Garner Truck & Automotive Center
...Valley Rd Cmrce ....706 335-3102
...Automotive Service
...Hwy 82 Hmtn ....706 658-0076
...Automotive Repair
...N Broad St Cmrce ....706 335-9022
...Auto Svc
...Wndr ....770 586-0745
...AUTO REPAIRS
...Piedmont Dr Wndr ....770 586-0474
...MOTOR WORKS
...Hwy 129 Ath ....706 549-5222
...Tire & Battery
...Athens St Jffn ....706 367-9210
...Chandler Rd Cmrce ....706 423-9824
...TIRE & AUTOMOTIVE SERVICE
...Hwy 211 Wndr ....770 307-0650

Get the world's best-selling tires at great prices.
"Your Complete Home Town Tire & Automotive Service Center"
• Tires & Alignment
• Brakes & Shocks
• Auto Repair & Maintenance
• Check Engine Lights
• Diagnostic Services
Tire & Automotive Service
BFGoodrich
Authentic performance and looks for your car, truck or SUV
www.bfgoodrichtires.com
Web: www.JWatkinsTireAuto.com
783 Hwy 211 Winder, GA 30680

WE REBUILD:
* Transmissions * Engines * Starters & Alternators
We Do:
* Head Cylinder * Timing Belt * Shocks * Clutch * Tune-Up
* Oil Change * Heaters Core * Brakes * Muffler * And Lot's More...
OPEN MON-SAT 8AM-6PM
Free Computer Diagnostic With Repair.
FREE TOWING Call For Details

770 586 0474

43 Piedmont Dr Winder GA

J & V Auto Repair
737 Harry McCarty Rd Bthlhm ....770 868-1545
J W Auto Repair
671 Kilcrease Rd Aub ....770 867-7376
Hwy 316 ....770 867-7376
Larry's Garage & Wrecker Service
29 W Broad St Hschtn ....706 654-3551
MASTER TECH AUTO
60 E Candler St Ste E & F Wndr ....678 661-3839
...MUFFLER
151 N Broad St Wndr ....770 867-7726
...Car Care Center
....770 932-
...Drive ....770 271-

(Continued On Page 47)

Financing Available W.A.C. • Free Towing with Major Repairs
* Ask About Our Second Location In Commerce!
Open Mon-Fri 8am-6pm • Sat By Appt.

Complete Automotive Service
Foreign & Domestic
Visit Us
780 Holly McCarty Rd.
- Tires - Gas
- Start - Lockout
• A/C Service
• Alignments
• Engine Diagnostics
• Engine & Transmission Service
Foreign & Domestic

JAPANESE MOTOR WORKS

Complete Asian Automotive Repair
ASE Factory Trained Techs
Honda, Toyota, Subaru, Nissan
• Transmission Specialists
• Full Factory Level Diagnostics
• E-Mailed Estimates
Hwy 129 - Athens, GA
706-549-5222
www.japanesemotors.net

Oil Change & Transmission Service
*28 Years Exp.*
Full Service Repair • Foreign & Domestic
Engine & Transmission-
Service • Repair • Rebuild
770-307-3454
1152 Atlanta Hwy • Auburn
Mon-Fri 8-6

Scheduled Maintenance - A/C Specialists
Computer Diagnostics
Brake Service & Repair - Tune-Ups
Transmission Service & Replacement
Engine Repair & Replacement
Computerized Alignment & Wheel Balancing
Towing Available
• Oil Change • Brakes • Tune-ups • Electrical
• Computer Diagnostic • Transmission Repair
• Axles • Timing Belt • Shocks
• Heater Core

JOB TOO
BIG FOR
YOU?

## AUTO REPAIRING (CONT'D)

Mike's Affordable Parts
124 Model A Lane
Maysville Tel No. ........ 770 945-3671

Mr Transmission
43 Piedmont Dr Wndr ........ 770 586-0474

Navolato Auto & Tire Service
309 Atlanta Hwy SE Wndr ........ 678 425-9418

**NEIL'S AUTO INC.**
✔ See Ad Page 46
780 Harry McCarty Rd Bthlhm ........ **770 867-7806**

Neil's Auto Repairs
780 Harry McCarty Rd Bthlhm ........ 770 867-7806

New ... Automotive Repair
... Av Wndr ........ 678 963-0287

North Atlanta Import Service
101 Pearl Industrial Ave Ste C
Hschtn ........ 706 658-2916

On-Site Automotive
... Hill Ln Brsln ........ 770 967-6989

Patrick's Service Station
... Wndr ........ 770 867-2300

**PERFORMANCE PLUS**
✔ See Ad Page 46
1152 Atlanta Hwy Aub ........ **770 307-3454**

**P... AUTO REPAIR INC**
✔ See Ad Page 46
35 ... Center Dr Wndr ........ **770 307-1733**

Precision Parts Plus Auto Sales
197 W Athens St Wndr ........ 770 867-4886

Red's Auto Shop
119 E Midland Ave Wndr ........ 770 867-2733

**ROJAS AUTO REPAIR**
✔ See Ad Page 46
136 Midland Ave. Unit 1 Wndr ........ **770 307-3425**

R W S Of Athens Wndr ........ 770 307-0797

**SAM'S TOWING**
✔ See Ad Page 46
Cell ........ **404 438-6526**

Satterfield's Service Center Inc
... Jfrsn ........ 706 367-9071

S... Garage & Wrecker Service
... Cmrce ........ 706 335-4545
Toll Free ........ 800 243-1176

ALL THE
SPORTING
EQUIPMENT
YOU NEED.

Conner Automotive LLC
ASE Master Tech
GM Master Tech
Everything But Front End Alignments
• Diagnostics • Engine Performance
• Transmission • Engine Repair
• Brakes • Drive Line Repair
• Air Conditioning • Electrical
Craig Conner
404-375-9628
701 ... Rd., Winder

21st Century Service
@
20th Century Pricing
30 Years Experience
Check Engine, Transmission, A/C Specialists
Marine Engine Service
Complete Auto & Truck Repair
770-867-RACE(7223)
1416 Dee Kennedy Rd • Hoschton, GA

S & K Automotive Inc
... Rd Wndr ........ 770 867-0704

Steve's Auto Center Inc
4... Highway ... Hschtn ........ 706 658-2429

Stinson Tire & Auto
13... Broad St Cmrce ........ 706 335-4505

**STOP & RIDE**
✔ See Ad Page 46
808 Lee St Jfrsn ........ **706 367-4182**

Supercars International Inc
3304-A Winder Hwy Brsltn ........ 770 967-0774

Trinity Tire & Auto
1810 Washington St Jfrsn ........ 706 367-1400

Wayne Neal Chevrolet
123 S Elm St Cmrce ........ 706 335-3196

Westmoreland's Garage
138 Clyde Short Rd Cmrce ........ 706 335-5720

Winder Auto Repair Inc
329 Rocks Rd Wndr ........ 770 307-0411

Zinters Collision And Auto Repair
5406 Technology Pkwy Brsltn ........ 770 965-6875

## AUTO REPAIRING & SVCE. EQUIP. & SUPLS.

Strictly German
28 Ednaville Rd Brsltn ........ 706 654-9103

## AUTO RESTORATION

Classic Restorations & Collision
1375 Washington St Jfrsn ........ 706 367-3889

**HOPS SPEED SHOP**
Antique & Classic Automobile Restorations
(706) 367-5876
Paint • Upholstery • ... • Mechanical
Sheet Metal ... Work
MC, Visa, Discover ... Our Coupon
8012 Old Pendergrass Rd Jefferson ........ 706-367-5876

## AUTO ROAD SVCE.

*See Road Service; Towing-Auto; Towing Equip.-Automotive*

## AUTO SALVAGE

*See Auto Wreckers & Salvage*

## AUTO SEAT COVERS, TOPS & UPHOLSTERY

Charlene's Auto Trim Shop
1287 Yearwood Rd Bthlhm ........ 770 867-7186

## AUTO SMOG CONTROL DEVICES

*See Auto Parts & Supls.-Retail*

## AUTO TOWING

*See Towing-Auto; Towing Equip.-Automotive*

## AUTO TRANSMISSIONS

*See Transmissions-Auto; Transmissions-Truck, Tractor Etc.*

## AUTO TRANSPORTERS & DRIVE-AWAY COMPANIES

Allied Systems Ltd
645 Highway 334 Cmrce ........ 706 336-5850

## AUTO & TRUCK-BUYERS & BROKERS

EuroTruck Imports Fax ........ 770 271-2000

## AUTO UPHOLSTERING

*See Auto Seat Covers, Tops & Upholstery*

## AUTO UPHOLSTERY CLEANING

*See Auto Detailing*

## AUTO WHEEL ALIGNING & BALANCING SVCE.

*See Wheel Alignment, Frame & Axle Service*

## AUTO WINDOW TINTING

*See Glass Coating & Tinting; Window Tinting*

## AUTO WRECKERS & SALVAGE

Holman's Auto Salvage
957 Harrison Mill Rd Wndr ........ 770 867-4161

## AVIATION INSTRUCTION

*See Aircraft Schools*

## AWARDS

*See Trophies & Medals*

## AWNINGS & CANOPIES

Lanier Aluminum Products
534 Mill St SE Gnsvl
Toll Free '1' ........ 800 425-9095

## BABY PORTRAITS

*See Photographers*

## BACKFLOW PREVENTION DEVICES

Rct Plumbing
Located In Barrow County Wndr ........ 770 586-0249

## BACKGROUND CHECKS

*See Investigators & Investigation Svces.*

## TRAILERS-RENTING & LEASING (CONT'D)

U-Haul Co (Cont'd)
423 Rotary Factory Dr Cmrce .......706 335-5800
Jefferson
964 Old Pond Rd Jfrsn .......706 367-8545
110 ... St Jfrsn .......706 367-0015
U-Haul Co
...
.......770 307-4127
.......770 307-1086

## TRAILERS-TRAVEL & CAMPING

## TRAILERS-UTILITY & BOATS

CHOICE ...
Fun For The Whole Family!
Trailers, Utility, Equipment/Carhauler
www.choice....com
706-367-1110
3917 Hwy 124 W, Jefferson, GA 30549

## TRAILERS-LIVESTOCK

P & E Trucking ... .......706 ...

## TRAILERS-MOTORCYCLE

*See Trailers-Utility*

## TRAILERS-REPAIRING & SVCE.

Dink Wood's Garage & Towing .......706 335-5676

## TRAILERS-TRUCK ... & SVCE.

H.P. TIRE & ROADSIDE ASSISTANCE
- ...
- Tires ... Brands
- On Site Tire Replacement & Balancing
- Farm And OTR Equipment Repair
- Jump Starts, Etc.

Call .......

Yellow Book can help your business grow.

## TRAILERS-UTILITY

ALLENS TRAILER SALES
✔ *See Ad, This Page*
25 Broad St Wndr .......770 316-1609
RPM Truck And Trailer Sales & Service
6118 Highway 53 Brsltn .......706 654-2882

## TRAINING-PERSONAL EXERCISE

*See Exercise & Physical Fitness Programs; Personal Trainers*

## TRANSLATORS & INTERPRETERS

Colmax Services
198 E May St Wndr .......770 867-0634

## TRANSMISSIONS-AUTO

ABC AUTOMOTIVE
COMPLETE AUTO REPAIR SHOP
TRANSMISSION SPECIALISTS
DIAGNOSTIC • TUNE-UPS
BRAKES • AC SERVICE
1105 ATLANTA HWY NW ... GA
Phone 678-425-8575
Fax 678-425-8577

ANGEL'S TRANSMISSIONS
✔ *See Ad, Page 375*
916 Washington St Jfrsn .......706 367-4444
Certified Transmission
Buford-Suwanee
Call .......770 271-5550
Classic Transmission And Auto Service
201 E May St Wndr .......770 868-1327

REPLACING DIVOTS?

NEED A NEW ROOF?

**Financing Available W.A.C. • Free Towing with Major Repairs**

Open Mon-Fri 8am-6pm • Sat By Appointment

**REBUILD AND SERVICE**

**Automatic / Standard Transmissions**

***Foreign / Domestic Cars And Trucks *Computer Diagnostics**

**Ask About Our TRANSMISSIONS VAC.**

**The Most Advanced Way To Service Your Transmission!**

**43 Piedmont Dr Winder GA**

CAR TROUBLE?

| Listing | Phone |
|---|---|
| 1416 Dee Kennedy Rd Hschn | 770 867-7223 |
| Automotive Repair | 706 335-9022 |
| 43 Piedmont Dr Wndr | 770 586-0474 |
| Transmission Service | |
| Parkway | 770 867-3020 |
| | 706 335-6043 |
| AUTO REPAIR | |
| Unit 1 Wndr | 770 307-3425 |
| Garage & Wrecker Service | |
| | 706 335-4645 |
| Toll Free '1' | 800 243-1176 |
| S & K Automotive Inc | |
| 78 McNeal Rd Wndr | 770 867-0704 |
| Stop & Ride | 706 387-4182 |
| Tollbelt Of North America | |
| 1354 Duncan Ln Wndr | 770 867-4846 |

FETCHING DOCTORS?

**AUTO REPAIR**

- Oil Change • Brakes • Tune-ups • Electrical
- Computer Diagnostic • Transmission Repair
- Front End Alignment ***And Much More!***
- Axles • Timing Belt • Shocks
- Heater Core

21st Century Service @ 20th Century Pricing

20 Years Experience

Check Engine, Transmission, A/C Specialists

Complete Auto & Truck Repair

**770-867-7223**

1416 Dee Kennedy Rd, Hoschton, GA

2007/2008
the Southern
Larger Print
Area Attractions
Coupons
Shop online at:
BARROW JACKSON
Dining Guide
www.SouthernPages.com

MOTES Pamela 1330 Old Ponderosa Rd Jffsn 706 367-1142
MOTES Shirley [illegible] 706 658-2858
MOTHER NATURE 272 Nancy St Winder 770 868-5155
MOTHERS [illegible] 388 Stevens & Teague Blvd Cmrce 706 334-6487
MOTLEY [illegible] C 184 Regency Dr Winder 770 [illegible]
MOTT J [illegible] 770 [illegible]
MOTT [illegible] 706 [illegible]
MOU [illegible] 11 E Star St 770 [illegible]
MOUA Barbara 770 East Northcrest Dr Winder 678 425-8131
MOUA Chong 2895 Winder Hwy Jffsn 706 367-1364
MOUA Chue 138 Moua Dr 706 654-[illegible]
MOUA Dan 714 Ross Hardy Rd Winder 770 [illegible]
MOUA Houa 3798 Jackson Trail Rd 706 367-2132
MOUA Kou 516 Walker Rd 706 654-4682
MOUA Lia 187 Dean Way Winder 770 307-0420
MOUA Nanci 566 Estelle Dr Pndgrs 706 658-[illegible]
MOUA Nou 387 Estelle Dr Pndgrs 706 654-1536
MOUA Pahou 98 Suda Ln Hschtn 706 654-3865
MOUA Pha 200 Estelle Dr Jffsn 706 654-5311
MOUA Seng 175 Moua Dr Hschtn 706 654-0083
MOUA Shaina & Ger 678 425-6538
MOUA Shua 878 Old Hog Mountain Rd 770 868-5819
MOUA Toy 468 Lisa Dr Winder 678 963-0399
MOUA Toulia 706 387-[illegible]
MOUA Tria 770 867-3374
MOUA W & Z 770 868-0947
MOUA Za 770 586-[illegible]
MOUA [illegible] Pha 678 425-0743
MOUGH Michael & Tami 736 Lincoln Dr Winder 770 868-9563
MOULDER Brian & Nichole 673 McNeal Rd Hschtn 706 824-7256
MOULDER C D 818 [illegible] Rd 706 654-[illegible]
MOULDER David G 183 Cross Pointe Ct Abn 770 867-[illegible]
MOULDER Mary 468 Charlie Cooper Rd Brstn 706 824-7384
MOULDER Steven & Dana 456 Meadowcreek Dr 706 367-7820
MOULDER Virginia 175 S Broad St Winder 770 867-4082
MOULDING & MILLWORK DISTRIBUTION SPECIALTIES 995 [illegible] 770 307-3481
MOUNT CALVARY BAPTIST CHURCH [illegible] 706 335-6363
MOUNT L [illegible] Hwy Winder 770 867-9296
MOUNTAIN CREEK BAPTIST CHURCH [illegible] Pndgrs 706 693-2552
MOUNTAIN EAST COMMUNITY CHURCH [illegible] 770 867-6806
MOUNTAIN VALLEY COMMUNITY BANK [illegible] 706 387-8813

MOVE OF GOD 770 586-0561
[illegible] Winder
MOVIE GALLERY 211 Homer Rd Cmrce 706 [illegible]
MOVIE GALLERY THE 1325 Washington St Jffsn 706 [illegible]
MOYER [illegible] Dr Jffsn 706 367-[illegible]
MR APPLIANCE Winder 770 867-0481
MR ELECTRIC 770 503-[illegible]
[illegible] 706 677-[illegible]
MR ROOTER Jffsn 706 367-[illegible]
MR ROOTER OF NORTHEASTERN GA [illegible] Cmrce 706 677-1383

MR. TRANSMISSION 770 586-0474
43 [illegible] Winder
MRVOS [illegible] & [illegible] 326 N Hwy Winder 770 867-7858
MT OLIVE BAPTIST CHURCH 1000 Mt Olive Church Rd Cmrce 706 335-4406
MT [illegible] 372 Mt Sinai Rd Dela 706 677-[illegible]
MUA [illegible] Custom Ln Winder 678 963-[illegible]
MUA [illegible] Oak Rdg Abn 770 867-[illegible]
MUA [illegible] 1820 Arbor Lake Wt Winder 678 425-[illegible]
MUCKLE [illegible] Winder 678 425-[illegible]
[illegible] 770 867-7962
[illegible] 770 867-4642
MUELLER David L 1197 [illegible] Way Hschtn 770 868-3976
Carla [illegible] 770 [illegible]
MUELLER S & H 706 677-[illegible]
MUENCHOW Karl & Alicia 177 Cottage Av 706 658-3017
[illegible] 12 Webb Rd Winder 678 425-1464
MUFFLER CENTERS AND BRAKES 2446 W Broad St Ath 706 549-9334
MUL[illegible] 118 W Athens St Winder 678 425-0317
MULBERRY BAPTIST ASSOCIATION [illegible] 706 824-0063
MULBERRY GROVE ASSISTED & RETIREMENT LIVING [illegible] 770 725-6076
MULBERRY MILL INTERIOR 3860 Highway 53 Brstn 706 654-0213
MULKEY A T 3650 Brockton Rd 706 367-3047
MULKEY J W Fowler Rd 706 677-[illegible]
MULKEY James G & Teresa Cmrce 706 335-4277
MULKEY Johnny & Sherry 474 Westmoreland Rd Dela 706 677-[illegible]
MULKEY Vickie 948 Lochwolde Ln Bthlm 678 425-8142
MULL Dexter & Tam 134 W Star St 770 867-4574
MULL Duane Dixon Bridge Rd Mysvl 706 652-2731
MULLER Henry 780 Erastus Church Rd Cmrce 706 335-9319
MULLER Jim & Joyce 381 Heritage Way 678 425-4088
MULLER Todd 881 Kendall Park Dr Winder 678 963-0892
MULLIGAN Charlie 3887 Highway 51 S 706 677-2092
MULLIN Frank H 615 Bowling Ln Winder 770 867-3736
MULLIN Patrick & Suzette 171 Service Dr Hschtn 706 658-0072
MULLINAX Bo J 646 Joes Tr Winder 678 425-9733
MULLINAX James R 2677 Old Kings Bridge Rd 706 757-3039
MULLINAX John A 287 Ralph Gorrison Rd Jffsn 706 367-1423
MULLINAX Joseph H 1217 Dee Kennedy Rd Athens 678 963-0104
MULLINAX Shannon 594 Pin Oak Dr Bthlm 770 307-1464
MULLINAX Sheila 103 Barber St 706 335-4167
MULLINAX [illegible] M & Karen E 798 Barron Dr Cmrce 706 [illegible]
[illegible]
MULLINS [illegible] Antioch Rd 706 677-[illegible]
MULLINS [illegible] 44 Eisenhower Ct Jffsn 706 [illegible]
MULLINS Joann Belsaw Rd 706 677-3343
MULLINS Joseph & Brandy [illegible] Meadows Dr Mysvl 706 652-3008
MULLINS K 108 N Center St 770 867-1879
MULLINS Ron & Karyn 908 Gold Crest Dr Braselton 706 654-1499
MULLINS Ronnie & Lorrie 706 335-9595
MULLINS Shane 156 Beaver Creek Dr Cmrce 706 335-7112
MULLINS Sheila 156 Beaver Creek Dr Cmrce 706 335-9794
MULLINS Sheila & Gary 2805 Yonah Homer Rd Homer 706 677-3068
MULLINS T J 992 Homer Hill Dr 770 867-2363
MULLIS Edward 254 Meadowcrest Dr Jffsn 706 387-7097
MULLIS John & Sherry 994 Southwood Dr 706 423-9807
MULLIS Margie 185 Highpower Tr Jffsn 706 367-0771
MULLIS Mark 706 367-2186
MULLIS Mitch & Jean 369 Monta Ln Jffsn 706 367-7885
MULLIS [illegible] 277 Beaver Creek Dr 706 335-6602
MULLIS Susan S 442 Russell Cemetery Rd 770 307-3886
MULRONEY Joey 415 Tucker Rd Winder 770 867-3733
MULVEY S 706 367-[illegible]
MUMFORD Kenneth E & Nancy V [illegible] Tr Bthlm 770 868-[illegible]
MUMFORD T 706 654-1232
MUNDA Bill 126 Cabin Creek Cr Cmrce 706 757-[illegible]
MUNDALE Maybell 1185 Otis Dr Bthlm 770 307-[illegible]
MUNDY C [illegible] 706 367-[illegible]
MUNDY J E 151 Blair Rd Cmrce 706 335-[illegible]
MUNDY [illegible] 703 Lanier Rd Pndgrs 706 693-[illegible]
MUNDY Michael 770 307-[illegible]
MUNDY Paul 217 Venture Ct 706 [illegible]
MUNDY [illegible] & Shannon 398 [illegible] Dr Jffsn 706 367-7977
MUNOZ Carlos & Julie 678 425-0105
MUNOZ [illegible] M 529 Ledgeview Dr Winder 770 791-[illegible]
MUNOZ Maria 880 Treadwell Rd Bthlm 770 868-1936
MUNOZ [illegible] 308 Doriw Rd Abn 706 677-4374
MUNOZ [illegible] 503 Tucker Rd Winder 678 425-1378
MUNOZ [illegible] 57 Guy Cooper Rd Pndgrs 706 654-[illegible]
MUNOZ [illegible] 1207 Carl Bethlehem Rd 770 307-[illegible]
[illegible] 706 367-[illegible]
[illegible] 613 Shenandoah Ln Winder 678 425-0149
[illegible] D 706 [illegible]
[illegible] 377 Kay Dr Winder 770 [illegible]
[illegible] R 374 Corinth Church Rd 770 307-[illegible]
[illegible] V M 361 Crescent Ct 770 867-[illegible]
[illegible] J 706 367-[illegible]
[illegible] J 2028 Sterio Creek Church Rd 706 [illegible]
MURDOCK B C 434 Sims Bridge Rd 706 [illegible]
MURDOCK Chris & Emily 765 Colean Tr Winder 678 963-[illegible]
MURDOCK [illegible] 55 Allison Way Bthlm 706 [illegible]
MURDOCK William P 680 Tilson Shearer Rd 770 867-3972
MURRELL Tina 171 Pottersville Ct Jffsn 706 367-0560
MURGOD [illegible] 706 367-[illegible]
MURPHREE Martha 1419 Kiesha Falls Way 770 586-[illegible]
MURPHY BROTHERS LAWN SERVICE 706 983-9878
MURPHY Carl L Hwy 124 706 654-2286
MURPHY Charles N 543 Dunham Dr 706 824-1844
MURPHY Clayton & Tammy 706 367-9759
MURPHY CONSULTING INC (MERCON) 121 Valley Way Pndgrs 706 693-7126
MURPHY David 706 335-7796
MURPHY David 1823 Mountain Creek Church Rd Pndgrs 706 693-2537
MURPHY Darrell Allen Rd Cmrce 706 335-9070
MURPHY Dina 197 Acmes Ct Jffsn 706 367-2837
MURPHY Edward Brooks Rd 706 693-2639
MURPHY Eddie 307 Dubb St Jffsn 706 367-[illegible]
MURPHY George M Guy Cooper Rd 706 654-3552
MURPHY George Jake [illegible] Mountain Creek Church Rd Pndgrs 706 693-6432
MURPHY Gigi 6211 Bald Springs Rd 706 335-0008
MURPHY J C 139 Piney Hill Bluff 770 867-7194
MURPHY J & JK 1732 Wyckcreek Ln Hschtn 678 963-[illegible]
MURPHY J K 4720 Ardmore Ln Hschtn 678 425-[illegible]
MURPHY J M 1287 Mountain Creek Dr 706 693-[illegible]
MURPHY James P 150 Giles Rd 770 867-[illegible]
MURPHY James T Carl 770 867-[illegible]
MURPHY Jimmy 1195 Mountain Creek Dr Pndgrs 706 693-[illegible]
MURPHY John 2086 Old State Rd Pndgrs 706 693-[illegible]
MURPHY John Olin 758 Turnberry Ln Winder 770 586-[illegible]
MURPHY Judy 208 Second St Winder 678 425-[illegible]
MURPHY Karen S 118 New Cut Rd 678 963-[illegible]
MURPHY Kenneth R 857 Mulberry Rd 770 867-[illegible]
MURPHY Lillier 154 Berryhill Ln Hschtn 706 654-[illegible]
MURPHY Leonard Walnut Fork Church Rd 706 654-2534
MURPHY M 961 Mulberry Rd 678 425-[illegible]
MURPHY Margaret 706 693-2452
MURPHY Marianne 88 Oak Crest Ln Pndgrs 706 367-2624
MURPHY Marlene D 48 Pilgrims Ct Jffsn 706 367-0396
MURPHY Marvin Y & Carol 770 586-5403
MURPHY MECHANICAL REBUILDS [illegible] 706 367-2756
MURPHY MECHANICAL SERVICES INC 180 Sites Rd Winder 770 867-3039
MURPHY OIL USA 29 SE Hogan Rd Winder
MURPHY OIL USA NO 6544 30929 Highway 441 S Cmrce
MURPHY P
MURPHY R & J 84 Feldspar Dr Jffsn
MURPHY Rachel 1209 Bradshaw Loop Jffsn
[illegible]
MURPHY Robert J & Karen D
MURPHY Roger Guy Cooper Rd
MURPHY Roger K 852 Mulberry Rd
MURPHY Ronnie F 134 Oak Crest Ln Pndgrs
MURPHY Tammy 15 Puckett Junction Rd Winder
MURPHY Ted 1713 Mountain Creek Dr Pndgrs
MURPHY Thomas E Jr 1486 Riverbend Ct
MURPHY Tim
MURPHY Todd & Sherry
MURPHY Tom & Jane 121 Valley Way
MURPHY Tony Pndgrs
MURPHY Tony & Jenny 3842 Holly Springs Rd Pndgrs
MURPHY Tyler
MURPHY W H Hubert Pittman Rd
MURPHY Woodrow 887 Murphy Rd Brstn
MURRAY Avery Sr 273 Murray Rd
MURRAY Belle 772 Fort Lamar Rd
MURRAY Edna R 117 Sarah St
MURRAY Emily 1475 Sedgefield Tr Bthlm
MURRAY Howard E 4942 Hwy 51 S
MURRAY Inez D 48 Leigh St Cmrce
MURRAY J V
MURRAY James M 1408 Lull Water Ct Hschtn
MURRAY John & Erin 534 Nouara Tr Bthlm
MURRAY John & Lynne 42 Sandy Creek Rd Cmrce
MURRAY K G 547 Cherokee Rd Winder
MURRAY Lisa
MURRAY Michael 235 Hidden Ct Winder
MURRAY Rebecca Cmrce
MURRAY Robert T 5340 Braddock Rd Jffsn
MURRAY Toni D
MURRAY Virginia A 312 Crosswalk Dr
MURRAY Wayne 592 Stover Rd Dela
MURRAY William & Linda 44 Lilac Dr Hschtn
MURRELL Angie & Jp 481 Ryans Run Jffsn
MURRELL Laura 417 Cedar Valley Tr E Winder
MURRELL Terry 411 Cedar Valley Tr Winder
MURRELLE Christine & Mirvin 314 [illegible] Cr Winder
MURSCHEL Sandra 411 Stonebrooke Dr
[illegible] Floyd & Deanita 282 King St Winder
[illegible] 230 Ryan Rd
[illegible] RAILROAD MATERIALS CO 230 Ryan Rd Winder
[illegible] Gibson Dr Winder
[illegible] Holly 526 Cabin Creek Rd Commerce
[illegible] Phillip & Michelle 250 April Ln Jffsn
MUSIC & ARTS CENTER [illegible]
MUSIC FOR A SONG NO 31 [illegible] Blvd Cmrce
MUSIC LANE 137 N Broad St Winder
MUSILLO Doug & Cindy
MUSONE Michael & Paula 180 Suzie Ln Hschtn
MUSSER Caleb 508 Huntington Tr Winder
MUSSER Jefferson 1385 Highway 211 NW Winder
MUSSER MITCHELL A 88 N Broad St Winder
MUSTANG PARTS SPECIALTIES INC 487 Tucker Park Dr Winder
MUSTIN M A 4105 Highway 211 NW Winder
MUTCHLER Steve 715 Michael Dr Winder
MUTHE John A 464 Briarcreek Dr Jffsn
MWIBAZA [illegible] 281 Reece Dr Hschtn

MY PLUMBING SEWER & DRAIN
4413-D [illegible] Ct [illegible]
MYER Charles & Fern 294 Stafton Dr
MYERS Amy 1002 Jesse Crowe Ct Brstn
MYERS Barbara & Grant
MYERS Dennis 1314 Freeman Rd Hschtn
MYERS E
MYERS Haley And Heather C 207 [illegible]
MYERS Jack & Janet 830 Triumph Way Winder
MYERS Jane Cmrce
MYERS Jason
MYERS Karleen Easterling 118 Spalding Falls Ct Jffsn
MYERS Kenneth G 10 Chestnut St Cmrce
MYERS Kyle 738 Lany Ln Winder
MYERS Lynnia Winder Hwy
MYERS Malcolm & Lisa
MYERS Marilyn 310 Chimney Trace Ct
MYERS Monica
MYERS Rick & Donna 39 Rochester Ct
MYERS Robert A 380 Mt Olive Rd
MYERS Ron & Cheryl 984 Deer Creek Tr Hschtn
MYERS Ruth Hwy 98 Cmrce
MYERS Tina 71 Marion Lav St Winder
MYGRANT Amanda N
MYGRANT Ray M 666 Church Hill Ct
MYLER Thomas & Mary Ann 330 Ilsbridge Ln

N

N CAN SERVICES 1100 Auburn Way Winder



LOOKING FOR AN HONEST PLACE TO REPAIR YOUR VEHICLE???

WE'VE GOT YOUR ANSWER!

■ Electrical & Electronic Systems ■ Engines ■ Transmissions ■ Brakes
■ Heating & Air ■ Steering & Suspension ■ Quick Lube

■ Mon-Fri 7am-6pm ■ Sat 8am-2pm ■ Early Bird & Night Drop Service
■ Computerized Service History
■ Free Pick Up & Delivery of Vehicles (by appt only)
■ We Accept All Fleet Maintenance Plans
■ All Extended Warranties Accepted

Our mutual goal is:
"FIX IT RIGHT THE FIRST TIME, EVERY TIME AND ON TIME"

737 Harry McCarty Road # 303
Bthlm ........ 678 963-0131
See Our Advertisement on This Page

Buford's Automotive
115 Hwy 184 Hschr ........ 706 677-3168

HRI Inc
Brsltn ........ 706 654-4766

Wayne Neal Chevrolet
123 B Dal St Cmrc ........ 706 335-3196

Lyle's James Speed & Automotive Center
Hwy 98 Mysvl ........ 706 652-2545

Automotriz - Reparación Y Transmisión Servicio Rapido Y Express

Absolute Auto
950 North Main Plaza Dr Cornelia ........ 706 778-6560

EAST COAST AUTOMOTIVE CUSTOMS
208 E May St Winder ........ 770 867-8605
See Our Advertisement on This Page

*25 MILLION IRAQIS, FREE!*
*"That's history and our boys made it possible!"*
—Kenneth Heyman, publisher of The Southern Pages

Automobile Renting

ENTERPRISE RENT-A-CAR
• Low everyday rates.
• Economy to luxury cars, minivans and more.
• Free pick up from your home, office, repair shop.
• Direct billing to most insurance companies.

FOR RENTALS CALL

Enterprise Rent-A-Car
Toll Free-Dial 1 & Then ........
WINDER
Enterprise Rent-A-Car
157 W May St Winder ........

Enterprise Rent-A-Car ........
Enterprise Rent-A-Car
157 W May St Winder ........
Enterprise Rent-A-Car
407 N Broad St Mnro ........
Hayes Chrysler-Dodge-Jeep
3118 Frontage Rd Dlwd ........
Jefferson Motor Company
130 Lee St Jffsn ........
Rent-A-Wreck
1490 S Broad St Cmmrc ........

Automobile Repairing & Service

Adam's Garage
714 Will Maynard Rd ........
Affordable Auto & Welding
78 Sycamore St Jffsn ........
Allpro Mobile Automotive & T
53 Lyle Field Rd Jffsn ........
ANGEL'S TRANSMISSIONS
916 Washington Street Jffsn ........
See Our Advertisement on
Atlas Cars
4737 Highway 332 Hschr ........
Auburn Automotive
1580 Atlanta Highway Abrn ........
Auto Repair Lupitas
220 N Broad St Winder ........
Auto Repair Shop
1416 Dee Kennedy Rd Hschr ........
Autobahn Society The
452 Brasleton Industrial Blvd Brsltn
AUTOMOTIVE ALLEY
737 Harry McCarty Road # 303
Bthlm ........
See Our Advertisement
AUTOMOTIVE EXPERTS SA COLLISION CENTER INC
1758 Dooley Town Rd Sthm ........
See Our Advertisement
Automotive Repair Source
113 McNeal Rd Winder ........
B & G AUTO
401 Pike Blvd Lwvl ........
See Our Advertisement
BL Burnett Wrecker Service
580 Mulberry Rd Winder ........
Barrow Automotive & Transm
806 Loganville Hwy Winder
Bass - Mims Tire & Service
35 W May St Winder ........
Bob's Tire Service Inc
75-E Midland Ave Winder ........
Brock Curtis Maysville Motors
20636 Hwy 441 S Cmrvc ........

Classification Continued On Next

Shop online @ SouthernPages.com

A

MARTIN AUTO REPAIR
ALL REPAIRS WELCOME

# ANGEL'S TRANSMISSIONS

*"State of the Art Diagnostic Equipment"*

12 Month/Nationwide Warranty

**Financing Available WAC • All Extended Warranties Accepted**

**FREE Towing with Major Repairs • Fleet Discounts Available**

Automatic/Standard • Foreign & Domestic

Clutch Replacement • Transfer Cases

Ask About our 2nd Location In Commerce

**Over 15 Years Experience**

Open Mon-Fri 8am-6:00pm

Sat By Appointment

916 Washington St • Jefferson 30549

# 706-367-4444





LOOKING FOR AN HONEST PLACE TO REPAIR YOUR VEHICLE???
WE'VE GOT YOUR ANSWER!
■ Electrical & Electronic Systems ■ Engines ■ Transmissions ■ Brakes
■ Heating & Air ■ Steering & Suspension ■ Quick Lube
■ Mon-Fri 7am-6pm ■ Sat 8am-2pm ■ Early Bird & Night Drop Service
■ Computerized Service History
■ Free Pick Up & Delivery of Vehicles (by appt only)
■ We Accept All Fleet Maintenance Plans
■ All Extended Warranties Accepted
Our mutual goal is:
"FIX IT RIGHT THE FIRST TIME, EVERY TIME AND ON TIME".

5408 Winder Hwy Braln ........ 770
*See Our Advertisement on This Page*

City Tire & Auto Service
1380 N Broad St Cmmrc ........ 706

Classic Restorations & Collision
1375 Washington St Jffsn ........ 706

Classic Transmission And Auto Service
201 E May St Windr ........ 770

CLINTON'S NAPA AUTO PARTS
1446 Atlanta Hwy NW Abrn ........ 770
*See Our Advertisement on Page*

COLE BUICK PONTIAC GMC

Sales • Service •
Leasing

Sales: M-F 9a-7p, Sat 9a-6p, Sunday Closed
Service: M-F 7:30, Sat, Sunday

Exit 149 / I-85
Next To Tanger II Outlet
www.colebpg.com
594 Steven B Tanger Blvd ........ 706

Commerce Car Care
1305 S Elm St Cmmrc ........ 706

Commerce Tire Inc
9114 Jefferson St Cmmrc ........ 706

Dean Lewis Automotive
2690 N Broad St Cmmrc ........ 706

Denton's Body Shop Inc
4500 Mt Olive Rd Cmmrc ........ 706

Denton's Imports
185 Denton Dr ........ 706

Dink Wood's Garage & Towing
........ 706

DK AUTO REPAIR
9 W Williams St Windr ........ 770
*See Our Advertisement on Page*

Elrod's Body Shop
297 Cabin Creek Rd Cmmrc ........ 706

Franks Auto Service
1209 Atlanta Hwy NW Abrn ........ 770

Garrett Truck & Automotive Center
2811 Apple Valley Rd Cmmrc ........ 706

GREENE FORD

NE Georgia's Pre-Owned Ford Headquarters

Commercial Sales • Service

770-532-5620

www.greenefordco.com

2365 Browns Bridge Rd Gainesville ........ 888

Classification Continued On Next Page



A

Automotive Repair
706 335-9022
770 586-0745
Shop
706 367-5376
Buick Pontiac GMC
770 267-6561
706 464-0976
770 867-7396
706 429-8824
Wrecker Service
706 654-3551
706 654-1594
See Advertisement on Page 239
770 307-1606
& Used Cars
706 677-3838
See Advertisement on Page 243
Service
See Advertisement on Page 243
Repair
678 963-0267
IMPORT SERVICE
For Your Import Vehicle
import.com
706 658-2616
770 867-2990
770 307-3454
770 867-4886
770 307-0797
770 867-2733
INC
770 536-9476
See Advertisement on This Page
INC
770 867-0704
See Advertisement on Page 243
AUTO SERVICE INC
706 367-9071
See Advertisement on This Page
& Wrecker Service
706 335-4546
Transmission Repair
706 795-0017
Classification Continued On Next Page

*"... the firmness none of your other skills will be successful."* —Napoleon Hill

Rudy's Auto Service
Import - European - Domestic Models
ASE

Factory Scheduled Maintenance
Import & Domestic
Towing
M-F
8-5pm
706-367-4612
706-367-9071
2632 Hwy 124 W Jefferson



All Makes & Models • Imports & Domestic
Computer Diagnostic Service
BRAKES • AC • ELECTRICAL
Transmissions • Radiators
770 725-6683

AUTO
REPAIR

Stanley's Collision
4065 Highway 332 Hoschton .......... 706 658-2429

Stinson Tire & Auto
1394 S Broad St Cmmrc .......... 706 335-4505

STOP & RIDE COMPLETE AUTOMOTIVE REPAIR SOLUTIONS LLC

STOP & RIDE
COMPLETE AUTOMOTIVE
REPAIR SOLUTIONS, LLC
706-367-4182
(HWY 11)
CARQUEST
GA

"LET US TAKE CARE OF YOU!"

Lee St .......... 706 367-4182

Stovall Automotive
110 Vine St Mnro .......... 770 267-97..

STRICTLY GERMAN MOTORSPORTS
6905 Hwy 53 Brsltn .......... 706 654-9103

See Our Advertisement on Next Page

Trinity Tire & Auto
1810 Washington St Jffsn .......... 706 367-14..

Triple B Auto
437 Poole Rd Homer .......... 706 677-32..

Classification Continued On Next Page

..... Hwy Homer . . . . . 706 677-1104

**W & W ...**
5080 Highway 441 ... . . . . . . 706 215-4933
*See our Advertisement on Previous Page*

**Wayne Neal Chevrolet**
... . . . . . . . . . . . . 706 335-3196

**Westmoreland's Garage**
136 ... Rd Cmmrc . . . . . . . . 706 335-5720

**Winder Auto Repair Inc**
Rocks Rd Winder . . . . . . . . . . . 770 307-0411

*"Cooperation, like love and friendship, is something you get by giving."*
—Napoleon Hill, Keys to Success 1994

© 2007 ... Media Group The Southern Pages



# BRAKE SERVICE

Imports & Domestic
All Makes & Models
We Use Dealer Quality Parts
To Insure Quiet Braking.

1758 Dooley Town Rd
770 725-6683

[illegible]
714 [illegible] ... 678 425-0863

Storeway [illegible] Warehouses
206 W [illegible] ... 770 868-1422

STORITE SELF STORAGE
95 [illegible] ... 706 336-6545

[illegible]
1758 Dooley T[illegible] ... 770 725-6683
[illegible] on This Page

Bass [illegible] Service Co
35 W [illegible] ... 770 867-4661

Bob's Tire Service Inc
75 [illegible] ... 770 867-3149

City Tire & Auto Service
1800 N [illegible] ... 706 335-2201

Commerce Tire Inc
[illegible] ... 706 335-3650

Express Lube
103 W May St ... 770 867-1325

J W Auto Repair
671 [illegible] ... 770 867-7376

MARTIN'S AUTO REPAIR
All Makes Welcome
Tune-Ups • Brakes • Electrical & A/C
[illegible]
[illegible] Hwy 332 Unit [illegible] ... [illegible]

Monroe Muffler & Brake Shop
104 [illegible] ... 770 207-8899

MR. TRANSMISSION
42 [illegible] Winder ... 770 586-0474

Red's Auto Clinic
119 E [illegible] ... 770 867-2739

[illegible]
Brakes [illegible] Transmissions
[illegible] Service
2323 [illegible] ... 770-536-9874

SATTERFIELDS AUTO SERVICE INC
Oil Changes • Tune Ups • Brakes
Scheduled Factory Maintenance
Towing
8-5 M-F • MC • Visa • Amex
... 706-367-9612
2632 Hwy 124 W Jefferson ... 706-367-9071

5860 Hwy 441 South • Nicholson [illegible]

[illegible] AUTOMOTIVE
STOP & RIDE
[illegible] AUTOMOTIVE
[illegible] SOLUTIONS, LLC
706-367-4182
893 LEE STREET (HWY 11)
BEHIND CARQUEST
JEFFERSON, GA
"LET US TAKE CARE OF YOU"
893 Lee St ... 706 367-4182

[illegible] ... 706 654-5394

[illegible] ... 706 367-1400

[illegible] ... 706 215-4933

[illegible] Information Hot Line
[illegible] ... 800 476-4657

Atlas-[illegible] Brick
1320 Duncan Ln Abm ... 770 791-0015

Simpson Brick
176 Industrial Park Way Cmmrc ... 706 335-2902

[illegible] ... 706 367-7471

Premier Laundry & Dry Cleaners Inc
1025 S Elm St Cmmrc ... 706 335-3131

An Affair To Remember
1700 S Broad St Cmmrc ... 706 423-9777

CHARM BRIDAL AND PROM
[illegible] ... 678 546-7880

DORY'S BRIDAL & FORMAL OUTLET
[illegible] ... 706 335-8197

All [illegible] Construction Inc
[illegible] ... 706 367-1412

[illegible]
40 [illegible] ... 706 367-2426

Belco Building Contractor Inc
1044 [illegible] Cmmrc ... 706 367-8838

[illegible] ... 706 652-2225

Builders [illegible]
[illegible] ... 706 677-2960

Cleveland Custom Home Builders ... 706 839-5753

Custom Quality Homes
130 Giles Rd Winder ... 678 425-2312

Gary Tiller Contractors LLC
2530 N Broad St Cmmrc ... 706 335-8004

Hayes Keith Construction Inc ... 706 367-9484

Classification Continued On Next Page

Loader Backhoes/Wheel Loaders
Excavators/Dozers/Graders
Telehandlers/Skid Steers/Utility
4WD compact tractors
· Sales·Rentals·Parts·Service
· New & used · Financing/leasing available

SALES-PARTS-SERVICE

NEW HOLLAND CONSTRUCTION RENTAL

... 770 532-8080

North ... Tractor Inc ... 800 282-4831

... Supply ... 770 578-3840

Thomas ... Co ... 706 677-5675

... 770 532-9090

Custom Trailers

... Corporation ... 706 387-7277

... Co

... 706 453-9778
... Rd ... 706 335-4196
... Rd ... 706 335-4342
... Factory Dr ... 706 335-5600
... 706 387-5545
... 706 387-1422
... St ... 706 387-2815
... 770 307-4127
... 770 307-1086
... 770 ...

... 706 677-2070

... Sales & Service ... 706 ...

... 678 963-0505

... Napoleon Hill

P & E Trucking ... 706 ...

... Towing ... 706 ...

... 770 ...

Transmissions ...

ABC Transmission & Auto Repair
1150 Atlanta Hwy NW ... 678 ...

ANGEL'S TRANSMISSIONS
816 Washington Street Jffsn ... 706 367 ...
See Our Advertisement on Next Page

AUTOMOTIVE ALLEY
737 Harry McCarty Road # 303
Bthlm ... 678 9...
See Our Advertisement on Page ...

Classic Transmission And Auto Service
... 770 ...

HILL'S TRANSMISSION AUTOMOTIVE REPAIR
2401 W Broad St Cmrce ... 706 ...
See Our Advertisement on Page ...

Classification Continued On Next Page

"The essential component of a ... of justice is a dedication to ... intentional honesty."
—Napoleon Hill Keys to Success

# In Print & Online
## www.SouthernPages.com



TRANSMISSIONS
"State of the Art Diagnostic Equipment"
12 Month/Nationwide Warranty
Financing Available WAC • All Extended Warranties Accepted
FREE Towing with Major Repairs • Fleet Discounts Available
Automatic/Standard • Foreign & Domestic
Clutch Replacement • Transfer Cases
Ask About our 2nd Location In Commerce
Over 15 Years Experience
Open Mon-Fri 8am-6:00pm
Sat By Appointment
916 Washington St • Jefferson 30549
706 367 4444



Full Service Auto Repair & Fleet Maintenance
LOOKING FOR AN HONEST PLACE TO REPAIR YOUR VEHICLE???
WE'VE GOT YOUR ANSWER!
■ Electrical & Electronic Systems ■ Engines ■ Transmissions ■ Brakes
■ Heating & Air ■ Steering & Suspension ■ Quick Lube
■ Mon-Fri 7am-6pm ■ Sat 8am-2pm ■ Early Bird & Night Drop Service
■ Computerized Service History
■ Free Pick Up & Delivery of Vehicles (by appt only)
■ We Accept All Fleet Maintenance Plans
■ All Extended Warranties Accepted
Our mutual goal is:
"FIX IT RIGHT THE FIRST TIME, EVERY TIME AND ON TIME"
"LET US TAKE CARE OF YOU"