AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Moran Industries, Inc.

V.

Northeast Georgia Automotive Repair Group LLC, Derek Pardue, James Bradley McClung, Samuel Lorin and Inner City Auto Repair LLC

CASE NUMBER: 07 C 6204

ASSIGNED JUDGE: Judge Hibbler

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Schenkier

TO: (Name and address of Defendant)

Inner City Auto Repair
Samuel Lorin, Member
43 Piedmont Drive
Winder, GA 30328

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fredric A. Cohen
Andrew P. Bleiman
CHENG COHEN LLC
1101 West Fulton Market, Suite 200
Chicago, Illinois 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 7, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE May 5, 2008 at 8:18 p.m. |
| NAME OF SERVER *(PRINT)* Joseph Sanchez | TITLE Process server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 1539 Remsen Avenue, Brooklyn, New York

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 8, 2008
                    Date

*Signature of Server*
Joseph Sanchez

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTHEAST GEORGIA )<br>AUTOMOTIVE REPAIR GROUP LLC )<br>DEREK PARDUE, )<br>JAMES BRADLEY MCCLUNG, )<br>SAMUEL LORIN, INNER CITY AUTO )<br>REPAIR LLC )<br>)<br>)<br>Defendants. )<br>_____) | No.   07-cv-6204<br><br>Judge William J. Hibbler |

## FIRST AMENDED COMPLAINT

Plaintiff Moran Industries, Inc., by its attorneys, and as and for its Complaint for Damages and Injunctive Relief against defendants Northeast Georgia Automotive Repair Group LLC, Derek Pardue, James Bradley McClung, Samuel Lorin and Inner City Auto Repair LLC, states as follows:

### NATURE OF THE ACTION

1.     This is an action for breach of contract, tortuous interference with contractual relations, trademark infringement under the trademark laws of the United States, trademark dilution, unfair competition, common law infringement, violations of the Illinois Trade Secrets Act and injunction brought by Moran Industries, Inc. ("Moran") against franchisees and their co-conspirators who are unlawfully operating an unauthorized franchise business in Winder, Georgia.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
-----------------------------------------------------------X
MORAN INDUSTRIES, INC.,
                 Plaintiff(s),                        CASE NO. 07 C 6204

    -against-

NORTHEAST GEORGIA AUTOMOTIVE
REPAIR GROUP, LLC, ET AL.,
                 Defendant(s).                **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
STATE OF NEW YORK     )
                               s.s :
COUNTY OF NEW YORK  )

        JOSEPH SANCHEZ, being duly sworn, deposes and says that he is a United States citizen, an agent of MLQ ATTORNEY SERVICES, is over the age of eighteen years and is not a party to the action.
        That on the 5th day of May, 2008, at approximately 8:18 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE and FIRST AMENDED COMPLAINT** upon Samuel Lorin at 1539 Remson Avenue, Brooklyn, New York by personally delivering and leaving the same with Samuel Lorin, at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
        Samuel Lorin is a black male, approximately 40 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 120 pounds, with short black hair and dark eyes.

Sworn to before me this
6th day of May, 2008

                                                                     JOSEPH SANCHEZ #1155200

**MICHAEL J. KEATING**
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-KE-4851559**
**Qualified in New York County**
**Commission expires February 3, 2010**