Order Form (01/2005)

## United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6204 | **DATE** | 5/27/2008 |
| **CASE TITLE** | MORAN INDUSTRIES, INC. Vs. NE GEORGIA AUTOMOTIVE, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/16/08 at 9:30 a.m. Prove-up hearing held. Defendant Samuel Lorin does not appear. Enter Order of Judgment against Samuel Lorin in favor of Moran Industries in the amount of $283,033.35.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | JHC |
|---|---|---|