MHW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NORTHEAST GEORGIA ) | No.   07-cv-6204 |
| AUTOMOTIVE REPAIR GROUP LLC ) | |
| DEREK PARDUE, ) | Judge Hibbler |
| JAMES BRADLEY MCCLUNG, ) | |
| and SAMUEL LORIN, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF JUDGMENT AGAINST SAMUEL LORIN

This matter coming before the Court upon Moran Industries, Inc.'s ("Moran") motion for entry of judgment against Samuel Lorin, due notice having been given and the Court having held a prove-up hearing and having considered Moran's Memorandum in Support Plaintiff's Damages and Order of Judgment against Samuel Lorin, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

A) Judgment is entered against Samuel Lorin as follows:

  a. Judgment against Samuel Lorin and in favor of Moran in the amount of $283,033.35 (two hundred eighty three thousand thirty three dollars and thirty-five cents);

  b. Samuel Lorin is permanently enjoined and restrained, from directly or indirectly:

   (a) using service marks, trademarks, trade names or trade dress in connection with the advertisement, promotion, offering or rendering of services that imitate or simulate Moran's service marks, trademarks, trade name or trade dress;

1

(b) performing any actions or using any service marks, trademarks, trade names, trade dress, words, names, styles, titles, designs or marks that are likely to cause confusion or mistake, or to deceive; or to otherwise mislead the trade or public into believing that Lorin is authorized by Moran, or in some manner affiliated with or associated with, or under the supervision or control of Moran, or that the goods and services originate with Moran; or are likely in any way to lead the trade or the public to associate Lorin with Moran;

(c) using the Proprietary Marks or engaging in any other conduct that creates a likelihood of injury to the business reputation of Moran or a likelihood of misappropriation and dilution of Moran's distinctive Proprietary Marks and the good will associated therewith;

(d) using any trade practices whatsoever, including those complained of in this Complaint, that tend to unfairly compete with or injure Moran, its business and the goodwill appertaining thereto; and

(e) using the telephone number (770) 586-0474 in connection with the operation of a service center.

c. Samuel Lorin is hereby ordered to assign or transfer the telephone numbers (770) 586-0474 and (770) 867-2247 to Moran or any designee of Moran, and Mr. Lorin shall execute any and all such documentation necessary to effectuate such a transfer or assignment.

d. Samuel Lorin shall immediately turn over to Moran all manuals, records, files, instructions, correspondence, all materials related to the operation of Northeast Georgia Automotive Repair LLC, Derek Pardue and Bradley McClung's former Mr. Transmission/Milex franchise including, without limitation, all brochures, agreements, and any and all other materials relating to the operation of Northeast Georgia Automotive Repair LLC, Derek Pardue and Bradley McClung's former Mr. Transmission/ Milex franchise in Mr. Lorin's possession.

Entered: 5/27, 2008

William J. Hibbler
United States District Judge

2