# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Moran Industries, Inc.

          Plaintiff,

v.   Case No.: 1:07−cv−06204

Honorable William J. Hibbler

Northeast Georgia Automotive Repair Group LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable William J. Hibbler:Status hearing held on 7/16/2008. Defendants do not appear. Fact discovery cut−off extended to 9/15/2008. Status hearing continued to 9/16/2008 at 09:30 AM. Defendants to be present at the next status date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.