IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NORTHEAST GEORGIA ) | No.   07-cv-6204 |
| AUTOMOTIVE REPAIR GROUP LLC ) | |
| DEREK PARDUE, ) | Judge William J. Hibbler |
| JAMES BRADLEY MCCLUNG, ) | |
| SAMUEL LORIN, INNER CITY AUTO ) | |
| REPAIR LLC, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO EXTEND DISCOVERY DEADLINES

Plaintiff Moran Industries, Inc. and defendants Northeast Georgia Automotive Repair Group LLC, Derek Pardue and James Bradley McClung hereby stipulate that in light of the court's extension of non-expert discovery until September 15, 2008, the parties agree that all discovery deadlines ordered by this Court on March 31, 2008, following the close of non-expert discovery are extended as stated below:

- Plaintiff to comply with FRCP 26(a)(2) by 10/15/08.
- Defendants to comply with FRCP 26(a)(2) by 11/15/08.
- Expert discovery cut-off set for 12/15/08.
- Filing of dispositive motions with supporting memoranda by 12/15/08.

Agreed by:

*/s/ James B. McClung/*
James Bradley McClung
6 Concourse Parkway
Suite 2000
Atlanta, GA 30328

1

_____
Derek Pardue (individually and on
behalf of Northeast Georgia Automotive Repair Group LLC)
115 Cottage Court
Thomaston, GA 30286


 /s/ Danielle M. Kays
Danielle M. Kays
Attorney for Moran Industries, Inc.
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois 60607


Dated: August 29, 2008

Respectfully submitted,

**MORAN INDUSTRIES, INC.**

By: s/ Danielle M. Kays
    One of its Attorneys

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
Danielle M. Kays (IL ARDC #6284321)
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois 60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com
danielle.kays@chengcohen.com