UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Moran Industries, Inc.

                              Plaintiff,

v.	Case No.: 1:07−cv−06204
	Honorable William J. Hibbler

Northeast Georgia Automotive Repair Group LLC, et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 9/16/2008 and continued to 10/29/2008 at 09:30 AM. Due to a scheduling conflict, the status date set in open court has been reset. Fact discovery extended to 10/31/2008. Plaintiff shall comply with FRCP(26)(a)(2) by 11/25/08. Defendant shall comply with FRCP(26)(a)(2) by 12/19/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.